**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 MAR 31  P 12: 50

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| WILFRED L. HART | NO. 3:01CV2330(JCH) |
| VS. | |
| EDWARD BLANCHETTE, MD AND OMPRAKASH PILLAI, MD | MARCH 30, 2004 |

## THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(c), the defendants move for summary judgment against the plaintiff's amended complaint ("complaint") dated March 7, 2003. The plaintiff alleges in his complaint, brought pursuant to 42 U.S.C. § 1983, that the defendants, physicians who work at the Connecticut Department of Correction, were deliberately indifferent to the plaintiff's medical needs by refusing to take seriously his complaints of stomach and abdomen pain.

The defendants assert that there are no material issues fact in dispute concerning the following:

1. They were not deliberately indifferent to the plaintiff's medical needs.

2. Defendant Edward Blanchette had no personal involvement in the treatment decisions of the plaintiff and therefore is not a proper defendant under 42 U.S.C. § 1983.

3. They are protected by the doctrine of qualified immunity because at all times they acted pursuant to a good faith belief that their actions were appropriate under the United States Constitution.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**