UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

WILFRED L. HART              :    NO. 3:01CV2330(JCH) 2004 MAR 31 P 12:50

VS.                          :

EDWARD BLANCHETTE, MD AND    :       U.S. DISTRICT COURT
OMPRAKASH PILLAI, MD         :       BRIDGEPORT, CONN

                             :    MARCH 30, 2004

### NOTICE OF MANUAL FILING

Please take notice that defendants **EDWARD BLANCHETTE, MD** and **OMPRAKASH PILLAI, MD** have manually filed the following documents:

A.  Department of Correction Movement Sheet;

B.  Affidavit of Omprakash Pillai, MD; and,

C.  Affidavit of Edward Blanchette, MD.

These documents have been filed electronically because:

[ X ]  The documents cannot be converted to an electronic format.
[   ]  The electronic file size of the document exceeds 1.5 megabytes.
[   ]  The document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 56(b).
[   ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

Respectfully submitted,
DEFENDANTS,
Edward Blanchette, MD and Omprakash Pillai, MD

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Neil Parille
Assistant Attorney General
Fed. Bar No. 15278
110 Sherman Street
Hartford, CT  06105
Telephone No.: (860) 808-5450
Fax No. (860) 808-5591
neil.parille@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 30th day of March, 2004, to:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

_____
Neil Parille
Assistant Attorney General