# EXHIBIT A

Case 3:01-cv-02330-JCH    Document 30-2    Filed 04/20/2004    Page 1 of 9

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

CLERK
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

## CIVIL RIGHTS COMPLAINT

DEC 12  3 18 PM '01

FILED

Wilfred L. Hart #76116
P.O. Box 100, Somers, Ct
_____
Plaintiff(s),
(Full name(s) and prisoner number(s) if incarcerated)
(Do not use *et al.*)

v.

Dr. Pillai, O
Medical Dept DOC (J. Armstrong)
Dr. Edward Blanchette
_____
_____
_____
_____

Case No. 301CV2330 JCH
(To be supplied by the court)

_____
Defendant(s).
(Full name(s) and capacity, *e.g.*, official capacity, individual capacity,
or official and individual capacitites) (Do not use *et al.*)

## A. PARTIES

1. Wilfred L. Hart Sr. is a citizen of Connecticut, who
   (Plaintiff)                              (State)
   presently resides at Osborn C.C. 100 Bilton Road P.O.Box 100, Somers, Ct
                        (mailing address or place of confinement)
   If plaintiff is incarcerated, provide inmate number: 76116

2. Defendant Dr. O. Pillai is a citizen of Connecticut,
            (name of first defendant)                    (State)
   whose address is 100 Bilton Road P.O. Box 100, Somers, Ct,

## A. Parties

Department of Corrections Medical Staff at Osborn Commissioner Armstrong. 24 Wolcott Hill Rd. Wethersfield, CT

As the department's Chief Supervisor Dr. Blanchette who worked for the Commissioner Armstrong. All parties acted under color of Laws for the State of Connecticut.

All parties sued In their Professional and Individual Capacities All Times operating under the Color of Laws for the State of Connecticut.

and who is employed as _Doctor at Osborn, CC Somers, Ct_.
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No. If your answer is "Yes," briefly explain:

_The doctor is employed by D.O.C. as a physician_

3. Defendant _Dr. Edward Blanchette_ is a citizen of _Connecticut_
   (name of second defendant)                                    (State)

whose address is _24 Wolcott Rd, Wethersfield Ct.._

and who is employed as _Director of UCC_.
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No. If your answer is "Yes," briefly explain:

_Look at all recommendations for further treatment._

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

   **X**   42 U.S.C. § 1983 (applies to state prisoners)

   ___   **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**,
         403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

2

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. I was steadily being treated for a stomach ulcer. Despite a series of test which showed later to be cancer of the colon. Treatment involved administering of Drugs. and total disregard for the necessary treatment. until, another physician thought of cancer. after seeing me in the hall and treated me right away. perhaps saving my life.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** Denial of Proper Medical Treatment after a problem was discovered.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

After complaining about severe stomach pains for over three years. I went through a series of test for the severe pain in my stomach. The doctors tried a variety of treatments, and I had several treatment plans that never really pinpoint the real problem. I was told first I had kidney stones, later I was told I had ulcers. Even though all my blood test were abnormal in the plus ACC. I was still being treated for an ulcer. I continued with the bleeding. The doctors refuse to look further into the symptoms. all this occurred during latter Part of 1999

3

**Claim II:** failure To Do follow up on Medical refers.

**Supporting Facts:** During the better part of 1998, I began to have severe pain in my stomach. As I drink the water here at Osborn, my stomach pain encreased. I began to loose weight at a rapid pace. Despite all the medical grievances, I recieved no help. I think this was because of my charges, I recieved nothing for pain except moatror. Several test were schedule which showed the Alkaline Phosphatase out of range. a direct result of the chemical contents of the water. During August after a serious of nauseaness and loss of weight further test were done. however it was not until The middle of the year 2000, was I finally told that I had cancer. I was them given a few months or years to live.

**Claim III:** _____

**Supporting Facts:**

4

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?
\_\_\_\_Yes  \_✓\_No.  If your answer is "Yes," describe each lawsuit.  (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

  a. Parties to previous lawsuit:

Plaintiff(s):_____

Defendant(s):_____

  b. Name and location of court and docket number_____

  c. Disposition of lawsuit.  (For example, was the case dismissed?  Was it appealed? Is it still pending?)
_____

  d. Issues raised: _____

_____

  e. Approximate date of filing lawsuit:_____

  f. Approximate date of disposition: _____

2. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D.    \_\_\_\_Yes  \_\_\_\_No.

If your answer is "Yes," briefly describe how relief was sought and the results.

5

3. I have exhausted available administrative remedies. ✓ Yes ____ No.
   If your answer is "Yes," briefly explain the steps taken. Attach proof of exhaustion.
   If your answer is "No," briefly explain why administrative remedies were not exhausted.
   All medical grievances were not process by medical, harly because of charges. State refused the Suit because of time.

## F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are incarcerated and proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in a court of the United States, while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."
   If you are not incarcerated, go to section G.

   a. Parties to previous lawsuit:

   Plaintiff(s):_____

   Defendant(s):_____

   b. Name and location of court and docket number _____

   c. Grounds for dismissal: ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted.

   d. Approximate date of filing lawsuit:_____

   e. Approximate date of disposition:_____

2. Are you in imminent danger of serious physical injury? ✗ Yes ____ No.
   If your answer is "Yes," please describe the facts in detail below without citing legal authority or argument. Because of prejudice, (my charges). I have limited movement, and at present very very limited medical care. They hope I die in here.

## G. REQUEST FOR RELIEF

I request the following relief: No Monetary Could possibly make up for the damage done to me, by a sum that the Court imposed, Exemplary Damages Punitive damages for non Treatment. Compensatory damage, for failing with medical issues. 300,000 from Dr. Pillai as well as Punitive & Compensator damages 500,000 From Dr. Blanchette for refusing medical treatment. as well as punitive and compensatory damage Any other damages that the Court see fit,

## H. JURY DEMAND

Do you wish to have a jury trial? Yes ✓   No _____

_____   Wilfred Lee Hart Sr.
Original signature of attorney (if any)   **Plaintiff's Original Signature**

_____

_____

_____
Attorney's full address and telephone

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  Somers, Ct           on  Nov-13, 2001       .
                (location)                  (date)

                                   Wilfred L. Hart Sr.
                                   **Plaintiff's Original Signature**

7