# EXHIBIT B

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

CLINICAL RECORD

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 26116 | 2-27-29 |

INMATE NAME(LAST, FIRST, INITIAL)
*Hart*

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| M  F | B  W  H  O | CT |

| DATE/TIME | |
|---|---|
| 5-1-98<br>180/106 | Returned for B/P ✓. Accepted Maalox 60cc for abd discomfort. Asking for pain med D/W'd. Instructed to f/w with S/C as per protocol. Skin warm & dry. MHU consult done. Denies taking calcium. Put on MD list for evaluation. f/u _____ |
| 5/3/98 | 11²⁰ᴬᴹ pt on clear liquid diet x 3 days. Kitchen called _____ |
| 5/6/98 | ESC "my stomach is killing me". Chronic c/o of epigastric pain. States Maalox & "Tagamet" "makes me really sick". Spoke c̄ Dr Farinella. She will see him in the AM _____ |
| 5/7/98<br>8:30ᴬᴹ<br><br>wt-202<br><br>wt 1-11/96<br>223 | "I think I have cancer"<br>"I have a hiatus hernia".<br>④ c/o vomiting x a 20 minutes p̄ eating - almost every meal. c/o burning sensation ① stomach. c/o tagamet making him sick. Denies dysphagia, bowel once daily - 17 color. ⊕ appears comfortable. On review of p+s chart I don't see any ↑↑GI ② evidence of previous ulcer dz or hiatal hernia.<br><br>(cont) |



*REQUEST COPY*

University of Connecticut Health Center
Department of Radiology
(860) 679 2784
Department of Nuclear Medicine
(860) 679-3120

NAME: HART, WILFORD                    PAT ID: T90076116   DOB: 02/27/29
DOS: 05/13/98  REQ NO: 00222447        REFERRED BY: FARINELLA, MONIC
READ: 05/13/98  TYPED: 05/15/98 10:46  TYPED BY: DD    LOCATION: PR21
RADIOLOGIST: BROWN, SUZANNE L          RESIDENT:

## DIAGNOSTIC RADIOLOGIC REPORT

UPPER GI EXAMINATION
5/13/98

INDICATION:
Question of ulcers.  No fluoroscopy available at Osborne.  Limited
study.

FINDINGS:
Six films obtained at the DOC facility are submitted.

The one labelled as AP scout is limited by motion.  The bowel gas
pattern is grossly unremarkable.  There are degenerative changes of
the lumbar spine.

The remaining five films were obtained following administration of
oral contrast.  The study is nondiagnostic.  The position of the
stomach does not appear normal.  This may be due to a volvulus vs.
an extrinsic mass vs. a transverse stomach.  The possibility of
ulcers, which was clinically questioned, cannot be evaluated by
this study.  There is a duodenal diverticulum.

There are aortic calcifications.

CONCLUSION:
1.  Nondiagnostic study.  Transverse stomach vs. volvulus vs. mass.
The possibility of an ulcer cannot be evaluated.  An upper GI
performed by a radiologist is recommended.

2.  Duodenal diverticulum.

code:kia
**********

APPROVED BY BROWN, SUZANNE L, M. D.

PAGE 1

RECEIVED
MAY 1 9 1998

kOS

2

HR401 REV.5/94

CONFIDENTIAL INFORMATION

CONNECTICUT DEPARTMENT OF CORRECTION
"THE CONFIDENTIALITY OF THIS RECORD IS REQUIRED

CLINICAL RECORD 899 OF THE CONNECTICUT GENERAL
STATUTES. THIS MATERIAL SHALL NOT BE TRANSMITTED
TO ANYONE WITHOUT WRITTEN CONSENT OR OTHER
AUTHORIZATION AS PROVIDED IN THE AFOREMENTIONED
STATUTES "

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 76116 | 2/27/29 |

INMATE NAME(LAST, FIRST, INITIAL)
Hart, Wilfred

| SEX | | RACE/ETHNIC | | | | FACILITY |
|---|---|---|---|---|---|---|
| M | F | B | W | H | O | O Ct |

| DATE/TIME | |
|---|---|
| 5/3/98 | A+P — ① abd pain — R/O GERD |
| | R/O PUD |
| | Start Prilosec |
| | ✓ UGI |
| | ✓ 1 abd |
| | M. Farnelaw |
| 6/10/98 | c/o "___ abdominal pain" — Claims ___ book "___ had x-rays ___ ___ ___ SC PS smoching brand" ___ 10 am x-rays - UGI Series - GYN ___ date 6/1/98 — I'm had ___ ordered prilosec ___ I'm refuses to take w/ it makes me sick to my stomach only took one pill" — Has been ___ ___ meds for abdominal pain ___ ___ ___ 6/11/98 I'm ○ ___ ___ further evaluation |
| 6-21-98 | Pt c/o multiple ABD complaints. States he has vomiting, diarrhea, heartburn, ulcer hernia and he is loosing wt. Pt w/ anxiety. Reviewed UGI c Pt, ___ ___ ___ ___ ___ what ___ feels that bother him ___ ___ Pt ___ ___ ___ constipates. Pt ___ ___ ___ ___ ___ ___ ___ ___ ___ We ___ ___ Will confer c Pt ___ ___ ___ ___ pt ___ — Bree |
| 6-24- | No show ———— Bree — Maria Bianchi, APRN |

3

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

**CLINICAL RECORD**

| INMATE NUMBER 76116 | DATE OF BIRTH 2/27/29 |
| INMATE NAME(LAST, FIRST, INITIAL) HART WILFRED | |
| SEX (M) F | RACE/ETHNIC B (W) H O | FACILITY OCI |

| DATE/TIME | |
|---|---|
| 6/19/98 | I/M SEEN PER REQUEST OF MEDICAL — ? MH RELATED MEDICAL ISSUES. I/M TALKED EXTENSIVELY IN DETAIL ABOUT THE CURRENT ACCUSED OF RAPING A YOUNG GIRL + CIRCUMSTANCES OF HOW HE WAS SET UP. REPORTS MAINTAINING ALOT OF RAGE / ANGER FOR THE PAST 9 YRS ( SINCE INCARCERATED ). TEARFUL WHEN TALKING ABOUT HIS WIFE WHO DIED IN 1994. TALKED ABOUT HERNIA + ULCERS - IRRITABLE W/ LACK OF Tx. DISCUSSED POSSIBILITY THEY MAY BE RELATED TO ON-GOING ANGER — DIDN'T REJECT THE IDEA BUT IS UNWILLING TO ADDRESS @ PRESENT — WANTS MEDICAL Tx + TO HAVE LEGAL ISSUES ADDRESSED. ALERT / ORIENTED. ⊖ SIGNS / SYMPTOMS OF THOUGHT DISORDER. ANGRY AFFECT. ⊖ S.I. REFER TO MEDICAL FOR F/U — THOUGH SCHEDULED TO SEE MEDICAL TODAY. REFER TO COUNSELOR FOR LEGAL QUESTIONS. MH F/U PRN. _____ (Psc) |
| 9/10/98 2:45 pm | I/M seen per request per C.O. I/M agitated states he had read in the newspaper that his cheque account had been taken by the state of CT "unclaimed property" I/M states his account has been active. I/M signed ROI, permission received from mental health director to allow I/M a phone call to Citizens Bank. I/M showed staff the newspaper article Norwich Bulletin Tuesday Sept 8th 1998 edition. I/M also called state treasury office gave them his address here, states he was informed he could have his money reclaimed — ___ SHamill RN |
| | |
| | |
| | |
| | |
| | |
| | |

4

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

**CLINICAL RECORD**

| INMATE NUMBER 76116 | DATE OF BIRTH 2-27-29 |
|---|---|

INMATE NAME(LAST, FIRST, INITIAL)
Hart Wilfred

| SEX (M) F | RACE/ETHNIC B (W) H O | FACILITY |

| DATE/TIME | |
|---|---|
| 11-15-98 9:00A S.C | c/o pain when moving his bowels — States that he has a small external hemorrhoid that has been acting up for the last couple of weeks — ℞ colace given with instructions - BID X 10 days — cold compress to effected area — increase fluid — Return to sick call as needed —        J Walden CHN |
| 1/13/99 T 97.8 O₂Sat 94 P 94 140/80 | 845A~ States he has been Vomiting since last evening - pt states anytime he eat he vomit. He state he is taking his prilosec as ordered. — Was going to give pt maalox he States he won't take it. Ordered clear liquid diet X 2 days. eat in pt states he will flush this food down the toilet. pt very argumentative ⊂ staff. pt stated he should be in hospital VSS. Skin warm and dry Ø SOB. pt advised to go back to his unit to rest. Trays to be delivered X 2 days return prn —        R Labbe/James |

$

John Dempsey Hospi
University of Connect... . Health Center
Department of Radiology
(860) 679-2784
Department of Nuclear Medicine
(860) 679-3120

NAME: HART, WILFORD                    PAT ID: T90076116   DOB: 02/27/29
DOS:  01/27/99  REQ NO: 00270826       REFERRED BY: FARINELLA, MONIC
READ: 01/27/99  TYPED: 01/28/99 00:35  TYPED BY: 897   LOCATION: PR21
RADIOLOGIST: RAMSBY, GALE R            RESIDENT:   SPRINGER, THOMAS

                    DIAGNOSTIC RADIOLOGIC REPORT


ABDOMEN:
A single, flat plate examination of the abdomen is reviewed. There
appears to be bony fusion from L4 to S1.  The clinical history
raises concern for a mass.  On this plain film study, I see
evidence of displaced gaseous structures or evidence of a mass.
Obviously, this does not exclude the potential for a mass.

CONCLUSION:
Normal appearing flat plate examination of the abdomen.

This study was seen and interpreted with Gale R. Ramsby, M.D.

KNX
21333
**********



FEB   1999

                 APPROVED BY RAMSBY, GALE R, M. D.

                          PAGE 1



HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

**CLINICAL RECORD**

Allergies: Codeine
PCN

| INMATE NUMBER | | DATE OF BIRTH |
|---|---|---|
| 116116 | | 2/27/29 |
| INMATE NAME (LAST, FIRST, INITIAL) | | |
| Hart William | | |
| SEX | RACE/ETHNIC | FACILITY |
| (M) F | B (W) H O | CCI |

| DATE/TIME | |
|---|---|
| | F/U: Flat Plate of ABD |
| 2-5-99 | — Bony fusion from L4 - S1. Pt = |
| 11 M. | alternating constipation + ↑ mass. Pt |
| | currently 9 9 yrs of prostate problems. |
| | States he has to "push to urinate". |
| | Now c/o BM just comes out. |
| | Pt states Hydrocil + Previd |
| | has helped. |
| | P: ① Will √ PSA + then have |
| | Dr. Vigneron √ Prostate |
| | ② Will √ CBC + Chemistry |
| | Awaiting tests. ———————— Maria Bianchi, APRN |
| 2/8/99 | above reviewed - x-ray |
| 850 am | doesn't show a mass |
| | agree c urrent Rx plan |
| | M. Farinella |
| | Dr. Monica Farinella, D.O. |
| 2/23/99 | Seen in SC oo 1/14 states he is too sick to move. |
| 845 p | VS WNL  Pulse ox 77%  T 97%  130/88 - 82. |
| | Will give Bulk Hydrocil and Fla in SC if |
| | not better          S. Mordead |
| 4-29-99 | F/U: Constipation / Urinary Hesitancy |
| | Pt states Hydrocil made him nauseous — Stopped |
| | taking. States his constipation is better?? |
| | Labs: ALT - 173 |
| |       Creat - 1.2. |
| | Flat Plate - ⊖ mass fus, fusion L4/S1. |
| | ————————→ Con't Maria Bianchi, APRN |
| | Bianchi |

7

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

**CLINICAL RECORD**    B-8

| INMATE NUMBER 76116 | DATE OF BIRTH 2-27-59 |
|---|---|
| INMATE NAME (LAST, FIRST, INITIAL) Hart   William | |
| SEX (M) F | RACE/ETHNIC B (W) H O | FACILITY |

| DATE/TIME | |
|---|---|
| | (Con't) Pt states he has been taking another |
| 4-29-99 pm | pts Tagamet = excellent results |
| | Dx/P - Gastritis |
| | ① Tagamet 400mg ⊤ po BID X 3mo |
| | ② Pt education on taking |
| | medication) + not using |
| | someone's meds etc. |
| | ③ ↑ H₂O intake to 2000-3000cc O.D. |
| | ④ Advised not to use Tylenol due to |
| | Pt liver levels — |
| | ⑤ Will have Dr. Vigneron / SLE. |
| | no PSA level back — |
| | ⑥ Analgesic Balm T.I.D. / prn |
| | c̄ ROM exercises to arthritic |
| | joints — not comfortable |
| | ordering NSAIDs, Tylenol c̄ ⊕ |
| | gastritis clear 1-2 / ALT → ⊕ |
| | ⑦ #14 as needed — —Dr. Maria Bianchi, APRN |
| 5/3/99 915 am | above reviewed - agree c̄ current Rx plan Dr. Monica Farinella, D.O. |
| | M Farinella |
| 5/7/99 EDC | Pt. stated that his eyes are burning — Pt. arrived to treatment Rm. Eyes are not watering — no irritation noted — Pt. was asked if he was exposed to any chemicals - stated no — Pt. has a skin condition around eyes. ? Eczema — ? If Pt. has seasonal allergies gave u #30 tabs of CTM to take one if problem persists or becomes worse please return to medical for recall. C. Murphy |
| 5/7/99 | |

8

Medical Incident Report

**Connecticut Department of Correction**

CN6602
Rev. 4-12-93

| Facility | Radgowski Correctional Center | Report Date | 8/23/99. |
|---|---|---|---|
| Inmate name | Kent Wilford William | Time 1:15 ☐ a.m. ☒ p.m. | |
| Staff name | M. Ramirez (N). | I.D. no. | 76116 |

| Incident report submitted ☐ Yes ☐ No | Number | Date |
|---|---|---|

Treatment location    Medical Unit)

**Injury description (must be completed if no other report):** Inm vomiting clo of Acute abdominal discomfort. Has hx of ulcers) Cold & Clammy. BP 160/100. P 76. Apical 78 c normal sinus rhythm. Inm takes Tagamet 400mg tab PO BID & Maalox 30cc PO QID.

**Diagnosis:** Alteration in comfort. 2° to Acute abdominal discomfort

**Treatment administered:** Maalox 30cc PO. c 40cc H2O. c no effect p 45 minutes.

**Required Follow-up:** Dr. Tung called. Requested Inm to be transported to Inpt medical for observation. No medical bed. Called Dr. Blanchette to have Inm move to M.H. open bed.

**Placement after treatment:**

**Observations/remarks:** Dr. Blanchette notified & order obtain to place Inm in M.H. for medical observation & evaluation per M.D. in AM.

| Patient signature | | Date | |
|---|---|---|---|
| Medical staff signature | M. Ramirez | Date | 8/23/99 |
| Custody supervisor signature | | Date | 9 |

HR925 REV. 12/95
CONNECTICUT DEPARTMENT OF CORRECTION
**PHYSICIAN'S ORDERS**

| INMATE NUMBER 76116 | DATE OF BIRTH 2-27-29 |
|---|---|
| INMATE NAME (LAST, FIRST, INITIAL) Haut william | |

| SEX (M) F | RACE/ETHNIC  B  W  (H)  O | FACILITY  OSB Rad |
|---|---|---|

**INSTRUCTIONS FOR USE:** <u>Physicians must sign name and title under each order.</u> Each order must be initialed in the space provided by the licensed nurse who transcribed the order. Medications will be dispensed according to brands stocked in pharmacy.

## DRUG ALLERGIES / HYPERSENSITIVITY  Codeine PCN

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 7/26/99 | | Tagamet 400 mg po BID x 90d | |
| | | maalox 30cc po QID | |
| | | To: Dr Alper / Buenneix @ | noted Buenneix |
| | | Bottom Bunk, pass #6 & Bottom tier | |
| 8/3/99 | | (1) Atent Motion bar ... x 6uu | |
| | | (2) Jordan ...  Es Cal 1000mg ... | |
| 8/23/99 | 11:30p | Admit to Inpt Unit for | |
| | | Observation & evaluation | |
| | | in Am. per IMD | |
| | | Compazine 10mg I.M. q6° | |
| | | Prn for Nausea, vomiting | |
| | | Increase Tagamet to 800mg | |
| | | PO @ HS. auro (800mg PO) | |
| | | @ Am. T. (5) Dr. Blanchette, MD | |
| | | noted  Buenneix rn | |
| 8/24/99 | | Diet as tolerated. | |
| | | Activities as tolerated. | |
| | | In take Out put for 5 days | |
| | | CBC Chem profile amylase today | |
| | | Tagamet— 800 mg PO. QHS x 90 days | |
| | | Compazine 5 mg I.M. Q 8h prn for nausea x 90 days | |
| | | Vital Signs q ... + PRN. | |

AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT (UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT DESCRIBED IS CIRCLED.

HR401 REV.5/94
CONNECTICUT  DEPARTMENT  OF  CORRECTION

**CLINICAL RECORD**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 7646 | 2-27-29 |
| INMATE NAME (LAST, FIRST, INITIAL) | |
| Hart, William | |

| SEX | | RACE/ETHNIC | | | | FACILITY |
|---|---|---|---|---|---|---|
| M | F | B | W | H | O | RADGANSKI |

| DATE/TIME | |
|---|---|
| 8/23/99 | Officer Called. Stated that I/M was vomiting in trash can in cube. |
| BP 160/100 | Escorted I/M to medical via wheel chair. Voiced hx of ulcers & umbilicus hernia. "My stomach is on fire." On tagamet upon. R/S |
| SaO2 97% | Bid Maalox 30cc. P.O. tid. "I |
| P.76 | took the maalox is not helping. |
| R.18 | Vomited up." Skin is warm & clammy. BP slightly elevated. |
| T 97.6° | "I try to heal myself. I'm |
| FBS 101 | Indian." "I don't like to come to medical." CHN @ Corrigan notified of I/M's discomfort. Was advised to monitor V/S & pain & call MD if no improvement. Maalox 30cc P.O. given c 100 cc of water. 10% |
| 11 pm | I/M continues to experience nausea, cold sweats. Dr. Luna Called via weeper #. Advised of I/M's medical condition. Dr. Luna Ordered I/M to be transported to Corrigan opt. unit. CHN @ Corrigan notified. Pop management notified. CHN called @ 10% pm notified this writer. No open beds @ Corrigan in pt unit. Dr. Luna Called @ 11 pm. Advised this writer to call Dr. Blanchette. 10:45. CHN @ Corrigan Stated she only has MH bed available c hard mattress. 11:18 pm. Dr. Blanchette paged. Approved I/M to be transferred to I/M in MH bed. Increased tagamet. Dual ordered Compazine 10mg I.M. q6 prn for nausea, vomiting. ⟶ Corrigan |

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION
CONFIDENTIAL INFORMATION
CLINICAL RECORD
"THE CONFIDENTIALITY OF THIS RECORD IS REQUIRED
UNDER CHAPTER 899 OF THE CONNECTICUT GENERAL
STATUTES. THIS MATERIAL SHALL NOT BE TRANSMITTED
TO ANYONE WITHOUT WRITTEN CONSENT OR OTHER
AUTHORIZATION AS PROVIDED IN THE AFOREMENTIONED
STATUTES."

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 76116 | 2-27-29 |

INMATE NAME(LAST, FIRST, INITIAL)
Paut William

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M) F | B (W) H O | Rccl |

| DATE/TIME | |
|---|---|
| 8/24/99 1'5 am | 70 year old Ilm transferred from Radgowski for observation and evaluation ~~~~~~~~~~~~~~ stomach ~~~~~~~ is ~~~~~~~~~~~~~~ Afebrile 96.6 c/o cold sweats + nausea. Medicated c̄ compazine 10mg) in (L) buttock @ 1245. Wears hearing aid in (L) ear but, has ∅ batteries. Hearing @ io in locker @ Radgowski Ambulates c̄ cane hx of osteoporosis of hips & arthritis of lower back. Wears bifocal glasses. Oriented to IPU policies & procedures                 Brennan RN |
| 12A·8A | s" I am feeling a little better. Thank you soo much for your kindness "
O: ∅ further ~~~~~~~~~~~~~~ ∅ diarrhea. Skin warm to touch. ∅ c/o night sweats, color pink. Attempted to eat breakfast, ate 45%. Much encouragement needed. c/o tiredness, fatigue and weakness.
A: alt in comfort
P: continue to observe & evaluate Brennan RN |
| 8/24/99 | ~~~~~~~~~~~~~~ up gas through popout little ~~~~~~~~~~~~~~ epigastric ~~~~~~~~~~~~~~ fever lot of ~~~~~~
                P M H - Hiatal hernia
                    Osteoarthritis.
    If stand too long both legs go numb
Med - as ordered.                  Allergy - Codeine
OLE C-L good color. Coordinated ×3.  flying
No obvious distress. No cyanosis. Skin
dry good turgor. HEENT - Normal
H.S. regular. Minimun lungs - clear.
AB - soft. Ventral hernia intestinal side
Imp (1) Chronic abdominal discomfort
Med -- as ordered. |

.5/94
TICUT DEPARTMENT OF CORRECTION

NICAL RECORD

| INMATE NUMBER | | DATE OF BIRTH |
|---|---|---|
| 76116 | | 2-27-29 |
| INMATE NAME(LAST, FIRST, INITIAL) | | |
| Hart William | | |
| SEX | RACE/ETHNIC | FACILITY |
| (M)  F | B (W)  H  O | CCCI |

| DATE/TIME | |
|---|---|
| 8/24/99 P2 | Admitted to cell # 123 for observation + evaluation of nausea, vomiting + diarrhea   Pennenato pw |
| 8/25/99 | To be d/c'd from IPU when BW results in. See in-patient section                          MPrice pn |
| 8/26/99 add | Remarks on Custody status. Mercado pn Labs received MD called + made aware. Can he D/C'd from IPU. Movement officer called Mercado pn |
| 8/26 | Left unit @ 6pm to PHU. Mercado pn |
| 8/29/99 | BP 138/84 T 98⁴ This pt. concerned of episodes of N/V/D in the past. No present problems noted. Advised to eliminate Motrin because of its affect to the digestive system but he insists he needs it for arthritic pain. This pt. also concerned about personal property (hearing aid, Dentures, etc.). c/o crouch called to follow thru c̄ this on Monday.                   J Jakubielski |
| 8/30/99 | BP 110/82 i/m at first was unsure of why called to sick call, reported recent HTN crisis - BP taken, inquiring about recent labs - results read to i/m, then inquired about status of Tagamet - reported med was d/c'd - c/s inquiring |
| 9/7/99 | call from Pod officer. i/m not doing to well in a lot of pain and vomiting
S: "my stomach is burning up. I have been vomiting and diarrhea all night"
O: BP 144/72  T 97⁷  P 80  R 18  SpO2 95%  i/m hot, sweaty and clammy skin. Vomiting X3 + diarrhea X3 c/o burning pain and cramping in lower abdomen. "I have cancer don't I, I am going to die".
A: alt in comfort
P: Provided 30 cc of maalox and compazine 5mg I.m in ① buttock. Instructed to remove top + bottoms, apply cool compress to face + ↑ fluids. flu PRN         Dausbach |

**13**

5/94

ICUT DEPARTMENT OF CORRECTION

ICAL RECORD

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 7b116 | 2/27/29 |

INMATE NAME(LAST, FIRST, INITIAL)
Hart William

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M) F | B (W) H O | Reez |

| DATE/TIME | |
|---|---|
| 9/13/99 145 pm | S/O "My stomach burns..." I/m states he cannot take anything but Maalox. A Altin Comfort. P Maalox + bottle given with specific instructions. I/m verbalized good understanding. Mercado RN |
| 10/15/99 | No show to sick call. Cheri Gianotti |
| 10/31/99 | See W-10 that went c pt. to UConn appt. See attached forms that were sent by med list. CMB |
| 11-15-99 | Optometry Clinic - state glasses ordered. J Smyth, OD |
| 12/14/99 | Hearing aides given. Jamati |
| 12/14/99 | ESC 11²⁰ am "I have a bloody nose." BP 140/90 on no anti hypertensive O present. Well ✓ BP daily x 5. pass given. Ambulates c̄ a cane. Out of Motrin + Tagamet - renewed x 90 d. Jamar |
| 12/21/99 15 pm | BP's reviewed 12/14  140/90 12/15  122/70 12/16  128/82 12/17  110/80 12/20  148/84 BP's good - no need for further evaluation. M Gurmillan |

Dr. Monica Farinella, D.O.

14

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

**CLINICAL RECORD**

| INMATE NUMBER | 76116 | DATE OF BIRTH | 2/27/69 |

INMATE NAME(LAST, FIRST, INITIAL): Hart, W

| SEX | (M) F | RACE/ETHNIC | B (W) H O | FACILITY | OCI |

| DATE/TIME | |
|---|---|
| 2/8/00 | S: "I have had a cold for 2 days now" O: I/m states he is coughing up clear thick Phlegm. T. 99. "Sudafed" #18 dispensed c̄ Instructions (1) Cycotuss 200mg/10cc #18 dispensed Maalox plus 1 bottle issued c̄ instructions for Upset stomach. Appt given to see MD. —— C. Spano RN — |
| 2/18/00 12:20 PM | Hyperacidity Hx ### / PUD : DJD. was my last ant. (1) EAR Hearing defect. No meds! NKDA. C/o ↑ Acidity Sx. (1) E pt has an Eso (1) has tenderness all over Ant. Chest ~> Epigasm —> (L) Upper Quadrant. Plan: Restart Tagamet & Maalox, Pepcid |
| 4/24/00 T - 97° B/P 122/ P - 88 | S: "I have had diarrhea for over a week now" O: I complains of diarrhea, crampness in abdomen, no blood in stool. Bowel sounds + all 4 quadrants, tenderness in lower bowel, Ass: Alt in bowel movement r/t loose stools 2° diarrhea Plan: Given cipro 500 mg BID x 3 days. Kaolin 30 cc flat also given, Kaolin 30 cc x 3 doses to take q 4° PRN for loose stools. A. Power RN |

15

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

CONFIDENTIAL
CLINICAL RECORD
THE CONFIDENTIALITY OF THIS RECORD IS REQUIRED
UNDER CHAPTER 899 OF THE CONNECTICUT GENER-
ITUTES. THIS MATERIAL SHALL NOT BE TRANSMIT
O ANYONE WITHOUT WRITTEN CONSENT OR OTH
RIZATION AS PROVIDED IN THE AFOREMENTI

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 76116 | 2-27-38 |

INMATE NAME(LAST, FIRST, INITIAL)
Hart, Wilfred

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M) F | B (W) H O | GCI |

| DATE/TIME | S.C. STATUTES |
|---|---|
| 5-1-00 | C/o - frequent diarrhea p meAls |
|  | c̄ occ. vomit |
|  | - all abd discomfort - |
|  | - hx hiatal hernia |
|  | - hx ulcer |
|  | States Tagamet does not help. TO |
|  | be seen by Dr. Pillai 2 pm today |
|  | _____ L Bergen RN |
|  |  |
| 05/01/00 | Chronic diarrhea, Vague abd pain x many years |
|  | No chrs Ebdomy infect. |
|  | Plan |
|  | Stool Studies, CBC, chem 7, LFT, hemocult |
|  | Bismodex PRN |
|  | Reevaluate in 2 wk. |
|  | High Fiber diet or Fiber Supplement |
| 5/4/00 | Stool spec - for blood @ Chem Pearl |
| 5/4/00 | Culture Sent #1 |
| 5/17/00 11AM wt loss of 10 lbs Cins @ mnth | States diarrhea has stopped. States he thinks it is from H2O. Will give appt for Dr. Pillai Meta mucil effective ___ Carol Akey |
| 05/3/00 | Bismodex ordered |
|  | Requests Kaopectate to use (PRN) will prescribe |
|  | Pillai |
| 5/30/00 | Given 1 bottle of Kaopectate c̄ |
|  | direction ___ Carol Akey |

16