HR401 REV.5/94

CONNECTICUT DEPARTMENT OF CORRECTION

**CONFIDENTIAL INFORMATION**
"THE CONFIDENTIALITY OF THIS RECORD IS REQUIRED

**CLINICAL RECORD** ...ONS OF THE CONNECTICUT GENE...
...TES. THIS MATERIAL SHALL NOT BE TRANSM...
...ONE WITHOUT WRITTEN CONSENT OR OTH...
...ON AS PROVIDED IN THE AFORESAID...

| INMATE NUMBER 76116 | DATE OF BIRTH 2/2-7-29 |
|---|---|
| INMATE NAME(LAST, FIRST, INITIAL) | |
| SEX Ⓜ F | RACE/ETHNIC B W H O | FACILITY OCI |

| DATE/TIME | |
|---|---|
| 7/29/00 10P | S I cannot take it no more I having / loose stools for 3 weeks. O complains of continued S&S of diarrhea. A alt in Bowel movement r/t diarrhea. Plan: given kaopectin 30 mL stat. also kaopectin 30 cc prn for S&S of diarrhea. told if symptoms persist. contact medical for me they ___ x ___ |
| 8-1-00 BP-182/108 P-80 T-98⁴ Sat -95% R-28 EKG-WNL | Picked up ??? c from E Block - c/o feeling very weak - doubled over c abd pain - reports diarrhea x 3 weeks - seen 7/29/00 for same c/o abd sl firm & distention - pain on palpation - (+) BS all 4 quadrants - hyperactive - report BM x 2 today firm & loose - urine difficulty but not new so prostate difficulty - reports "this water is poison. it makes me sick" crying & holding abd - assisted to exam table - very weak - diaphoretic + poor hygiene BP/T O₂ sat 95% - normal = 96% - EKG-WNL c/o SOB c exertion - lips pale & dry - lungs c fine crackles in bases - reports colic like cramping to abd - reports taking metamucil qd BID - Ø x 1 week - does not drink fluids - is afraid of H₂O - encto ↑ po fluid intake kitchen called - placed on eat in x 2 days - officer notified - escorted to E block via w/c - Dr Sarosi paged 5⁰⁰ - Ø return call - ordered flat plate of abd 8-2-00. will → page MD. I/M requested to return to work |

17

HR201 REV. 5/94
CONNECTICUT DEPARTMENT OF CORRECTION

**HEALTH CONSULTATION**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 76116 | |

INMATE NAME (LAST, FIRST, (INITIAL)
*Hart*

| CONSULTANT SPECIALTY | DATE | SEX | RACE/ETHNIC | FACILITY |
|---|---|---|---|---|
| MH | 8-1-00 | (M) F | B (W) H O | OCI |

**RELEVANT CLINICAL DATA/HISTORY/PREVIOUS WORK-UP:**

☐ FOR OUTSIDE CONSULTATION SEE ATTACHED UTILIZATION REVIEW REQUEST FORM

*~~I'm a~~ ...... disorder "cancer, blockage vomiting ..... ...... stale water ...... and causes incredible ...... ...... of taking it ...... ...... Please evaluate~~*

DOC PRACTITIONER SIGNATURE/TITLE: _____     DATE _____

---

**CONSULTANT'S REPORT/FINDINGS/RECOMMENDATIONS (PLEASE NOTE: DIAGNOSTIC OR THERAPEUTIC PROCEDURES NEED PRIOR APPROVAL BY THE DOC UTILIZATION MANAGEMENT UNIT):**

*Seen on Aug 14. 2000 - 10am     Oriented X 3
no signs of thought disorder
Still attempting to clear himself of his offenses - as he did
w/ me in 19?? - he remembered talking with me
Also, is quite focused on his stomach problem.
Otherwise-stable*

**RECOMMENDED TREATMENT PLAN:**

CONFIDENTIAL INFORMATION
"THE CONFIDENTIALITY OF THIS RECORD IS REQUIRED
UNDER CHAPTER 899 OF THE CONNECTICUT GENERAL
STATUTES. THIS MATERIAL SHALL NOT BE TRANSMITTED
TO ANYONE WITHOUT WRITTEN CONSENT OR OTHER
AUTHORIZATION AS PROVIDED IN THE AFOREMENTIONED
STATUTES."

CONSULTANT SIGNATURE _____     DATE  8-14-00

---

**TREATMENT PLAN REVIEWED BY ATTENDING DOC PHYSICIAN/DENTIST:**

☐ APPROVED

☐ ALTERNATIVE PLAN:

☐ ADDITIONAL OUTSIDE SERVICES REQUIRE UTILIZATION MANAGEMENT UNIT APPROVAL

DOC PRACTITIONER SIGNATURE/TITLE: _____     DATE _____

*18*

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

**CLINICAL RECORD**

| INMATE NUMBER | 76116 | DATE OF BIRTH |
| --- | --- | --- |

INMATE NAME(LAST, FIRST, INITIAL) Hart

| SEX | RACE/ETHNIC | FACILITY |
| --- | --- | --- |
| (M) F | B (W) H O | (CI) |

| DATE/TIME | |
| --- | --- |
| 8-1-00<br>note<br>con't | MHU referral done 2° I/m talking about poison water & abd problems - very somatic - at flores an |
| 8/9/00<br>ESC<br>3⁴⁵pm<br>8/9/98<br>T- 97°<br>P- 72<br>R- 28<br>PEARL<br>-Sluggish | S: Code white called in E block.<br>O: I/m found lying on ® side on cell floor c/o abd pain, n&v - states vomited got dizzy and fell to floor. Denies LOC, denies hitting head able to stand and ambulate to stretcher c̄ assistance x1. I/m brought to tx room via stretcher c/o severe abd pain that "comes and goes." I/m says "here it comes again" grimaces self, rubs abd ⊘ diaphoresis c̄ c/o - I/m was diaphoretic when found in cell. On call md paged<br>A/P: T.O. Dr Farinella - admit to Hosp III orders written. MIR completed. __ Carpenter RN |
| 8-9-00<br>3-11 | Arrived in Hosp 3 via stretcher. C/o abdominal pain IV D5 ½ NS began at approx 7⁴⁵ᵖ - Given Toradol IM 60 mg for pain at 8⁴⁵. States he uses a cane to ambulate - given urinal. Reminded of NPO status Able to sleep by 9³⁰ Plan Eval in AM - S Patterson RN |
| 8-10-00<br>11-7 | IV infusing @ 60cc/hr - Remains NPO - slept during rds ___ S Patterson RN |

CONFIDENTIAL INFORMATION
THE CONFIDENTIALITY OF THIS RECORD IS ___
UNDER CHAPTER 899 OF THE CONNECTICUT ___
STATUTES. THIS MATERIAL SHALL NOT BE ___
TO ANYONE WITHOUT WRITTEN CONSENT ___
AUTHORIZATION AS PROVIDED IN THE AFO ___
STATUTES "

19

## Medical Incident Report
### Connecticut Department of Correction

CN6602
Rev. 4-12-9_

| | | | |
|---|---|---|---|
| **Facility** OCI | | **Report Date** 8/9/00 | |
| **Inmate Name** Hart, Wilfred | | **Time** 550  ☐ a.m.  ☒ p.m. | |
| **Staff Name** | | **I.D. no.** 76116 | |

| Incident report submitted ☐ Yes ☐ No | **Number** | **Date** |
|---|---|---|

**Treatment location:** Tx room

**Injury Description (must be completed if no other report):** Code white

**Diagnosis:** ?

CONFIDENTIAL INFORMATION
"THE CONFIDENTIALITY OF THIS RECORD IS REQUIRE_
UNDER CHAPTER 899 OF THE CONNECTICUT GENER_
STATUTES. THIS MATERIAL SHALL NOT BE TRANSMI___
TO ANYONE WITHOUT WRITTEN CONSENT OR OTHE_
AUTHORIZATION AS PROVIDED IN THE AFOREMENTIONED
STATUTES."

**Treatment administered:** VS, MD notified

**Required follow up:** Admit to Hosp III

**Placement after treatment** Hosp III

**Observations/remarks:** Im found on floor in cell c/o abd pain

| Patient signature | Date |
|---|---|
| Medical staff signature  D Carpenter M | Date 8/9/00 |
| Custody staff signature | Date |

20

| PATIENT'S NAME (Last, First, Middle) | | SEX | BIRTH DATE | ADMISSION DATE | DISCHARGE DATE |
|---|---|---|---|---|---|
| Hart   Milford | | m | 2/27/39 | 8/9/0- | 8/21/0- |

**PATIENT'S HOME ADDRESS (No. and Street, Town or City, State, Zip Code)**
#76116     E-22

| | HOME PHONE NO. | MARITAL STATUS | RELIGION |

**RESPONSIBLE PERSON OR AGENCY (Name and Address)**

CONFIDENTIAL INFORMATION

TELEPHONE NO.

**REFERRED BY (Name and Address of Facility or Agency)**
"THE CONFIDENTIALITY OF THIS RECORD IS

CONTACT PERSON OR UNIT   TELEPHONE NO.

**REFERRED TO (Name and Address of Facility or Agency)**
UNDER CHAPTER 899 OF THE CONNECTICUT GENER

STATUTES. THIS MATERIAL SHALL NOT

CONTACT PERSON OR UNIT   TELEPHONE NO.

TO ANYONE WITHOUT WRITTEN CONSENT OR OTHER

**FOLLOW-UP BY (Name and Address of Physician or Clinic)**
AUTHORIZATION AS PROVIDED IN THE AFOREMENTIONED
1.

STATUTES."

TELEPHONE NO.   DATE OF NEXT APPOINTMENT

2.

| MEDICAL RECORD NO. | MEDICARE NO. | SOCIAL SECURITY NO. | DEPT. OF SOCIAL SERVICES NO. | OTHER |

**PERTINENT HISTORY (Include dates of diagnosis and problems) AND PLAN OF CARE (Include treatment, diet, activity permitted)**

Admitted for abd pain –
VRC out for Ct scan and/or G-I
Consult

Inmate was on IV therapy + NPO + is
now eating + drinking + doing fine

Please give last dose
of Reglan at 8pm med line
to take back to cell

| MEDICATIONS (Drug, Strength, Mode) | FREQUENCY | LAST GIVEN | MEDICATIONS (Drug, Strength, Mode) | FREQUENCY | LAST GIVEN |
|---|---|---|---|---|---|
| 1. Dilantin 400mg | hs | 8/20 8am | 4. | 2 before Meals + hs | |
| 3. Tagamet 8/4 po | BID | | 6. Reglan 10 mg po | TID | qac |
| 5. Bentyl 20 mg po | TID | | 8. | | |
| 7. Metamucil Pkg | BID | | | | |

| ALLERGIES | DIAGNOSIS GIVEN | EXPLAINED TO | PROGNOSIS | EXPLAINED TO |
|---|---|---|---|---|
| | | ☐ Patient ☐ Family | | ☐ Patient ☐ Family |

**THERAPEUTIC GOALS**

| PATIENT SERV. START DATE | SERVICES REQUESTED | | | | | | (specify) |
|---|---|---|---|---|---|---|---|
| | ☐ Nursing | ☐ Occ. therapy | ☐ Speech therapy | ☐ Physical therapy | ☐ H. H. aide | ☐ Social work | ☐ Other |

| IS TREATMENT FOR CONDITION FOR WHICH PATIENT WAS HOSPITALIZED (IF NO explain) | | PATIENT ESSENTIALLY HOMEBOUND |
|---|---|---|
| ☐ Yes   ☐ No | | ☐ Yes   ☐ No |

| I HEREBY CERTIFY THAT THE ABOVE SERVICES SHOULD BE PROVIDED BY | | | | | SIGNED (Physician) | DATE SIGNED |
|---|---|---|---|---|---|---|
| ☐ Acute Hosp. | ☐ Chronic Hosp. | ☐ NF | ☐ Home Health Agy. | ☐ Rehab. Center | | 21 |

ONE

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

**CLINICAL RECORD**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 76116 | 12-27-29 |

INMATE NAME(LAST, FIRST, INITIAL)
Hart

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M) F | B (W) H O | O.C.I. |

| DATE/TIME | |
|---|---|
| 8/10/00 1³ᵖ | IVF ↑ 150 cc/hr - Liter #1 - Insta Im Not To eat/drink anything - Im verbalized under- standing - MD orders state NPO EXCEPT meds + Metamucil po BID - container in room on toilet to collect stool for culture + Hemocult x3 days — C. Hook RN — |
| 1.3-11 | Comf. noc. no c/o. Remains npo. C.Mavene LPN |
| 8·11·00 11-7 | Slept throughout night - IV fluids cont as ordered. NPO status maint. + stool for culture this sh.ft. Denies pain/discomf. — S. Martin |
| 8/11/00 | [IP]    ABD PAIN / N+U / D |
| | - 71 y.o. w.m incarcerated x 10 yrs |
| | - Today he tells me he has had N, U post prandially x years but now is worse. He feels "things get stuck (epigastrically) all times" |
| | He also relates two loose stools x 6-10x/day post prandial diarrhea. Postdial diarrhea no blood |
| | Tagonet, metamucil hasn't helped |
| | - EXAM: WBS — none 30 secs |
| | RUQ tenderness |
| | ? mass ? liver RUQ |
| | dullness, no sharp edge |
| | (org. ventral hernia |
| | - 5/98 UCHC WBS — ? mass ? volvulus ? transverse stomach, duod TTC |
| | 6/98 DOC UGI — ONly duod TTC |
| | - AP up since 1995 (or longer) |
| | now 193. Mr. CT) PT 082 |
| | IMP: ? mass is colon ca ? hepatic |
| | PLAN: ↓ CT spine next step Will transfer with Dr. Pillai |

22

HR202 REV.5/94
**CONNECTICUT DEPARTMENT OF CORRECTION**

*faxed KWC*
*faxed 8/14/00 er*

**UTILIZATION REVIEW REQUEST**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 76116 | 2/27/29 |

INMATE NAME (LAST, FIRST, INITIAL)
HART, WILFORD

| SUBMITTED DATE | DOC PHYSICIAN | EST. REL. DATE | SEX | RACE/ETHNIC | FACILITY |
|---|---|---|---|---|---|
| 8/11/0 | | | (M) F | B (W) H O | OCI |

PROPOSED OUTSIDE CONSULTATION/PROCEDURE/DIAGNOSTIC STUDY:

ABDOMINAL CT

- ☒ PLANNED
- ☐ URGENT
- ☐ EMERGENCY

TRANSPORTED BY:
- ☒ DOC VEHICLE
- ☐ AMBULANCE WITH ACLS
- ☐ AMBULANCE WITHOUT ACLS

PRE-EXISTING CONDITION PRIOR TO INCARCERATION: ☐ YES ☒ NO
DIAGNOSED/INJURED DURING INCARCERATION: ☒ YES ☐ NO
FEDERAL MARSHALL/INTERSTATE CUSTODY INMATE: ☐ YES ☒ NO

PLEASE OUTLINE THE MEDICAL HISTORY, PHYSICAL EXAM FINDINGS, RESULTS OF DIAGNOSTIC STUDIES, DIAGNOSES, INDICATIONS FOR ADMISSION, TREATMENT OR SURGERY, PREVIOUS TREATMENT ATTEMPTS, PLAN OF CARE AND ESTIMATED LENGTH OF CARE/STAY, ETC. PERTINENT TO THE PROPOSED OUTSIDE CONSULTATION/PROCEDURE/ DIAGNOSTIC STUDY UNDER CONSIDERATION.

- 714.0 W.M WITH LONG HX OF GERD - TYPE SYMPTOMS
NOW WITH RUQ, RLQ PAIN, N+V, DIARRHEA - NOCTURNAL,
6-10 x/DAY, S BLOOD. S/P AP. INCARCERATED x 10 YRS.
- UGI 5/98: DUOD TIC. EPIGASTRIC ABNORMALITY - ? MASS
(UCHC) ? VOLVULUS ? TRANSVERSE STOMACH?
- MODIFIED UGI at OCI 6/98: PO MASS
- ↑AP x 200 x 5YRS - ? PAGETS
- EXAM: LARGE VENTRAL HERNIA
RUQ MASS ? HEPATOMEGALY?
RUQ TENDERNESS 2+/4+

PRACTITIONER SIGNATURE _____ DATE 8/11/0

**UTILIZATION REVIEW FOR OUTSIDE HEALTH SERVICES RECOMMENDATION**

☐ APPROVED, OUTSIDE FACILITY RECOMMENDED: _____
CARE/LENGTH OF STAY RECOMMENDED: _____
_____
_____

☐ DENIED

- ☐ LACK OF MEDICAL INFORMATION TO SUPPORT LEVEL OF CARE
- ☐ REQUESTED CARE NOT MEDICALLY NECESSARY
- ☐ LEVEL OF CARE NOT MEDICALLY NECESSARY
- ☐ PRE-OP DAY NOT MEDICALLY NECESSARY
- ☐ DOES NOT MEET CRITERIA
- ☐ RE-EVALUATED IN _____ MONTHS
- ☐ REFER TO _____ CLINIC
- ☐ REFER TO _____ INFIRMARY
- ☐ OTHER _____

REVIEWED BY: _____
SIGNATURE/TITLE

DATE

**23**

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

**CONFIDENTIAL INFORMATION**

"THE CONFIDENTIALITY OF THIS RECORD IS REQUIRED
UNDER CHAPTER 899 OF THE CONNECTICUT GENERAL
STATUTES. THIS MATERIAL SHALL NOT BE TRANSMITTED
TO ANYONE WITHOUT WRITTEN CONSENT OR OTHER
AUTHORIZATION AS PROVIDED IN THE AFOREMENTIONED
STATUTES."

**CLINICAL RECORD**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 76116 | 2/27/25 |

INMATE NAME(LAST, FIRST, INITIAL)
Herb,

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M) F | B (W) H O | GCI |

| DATE/TIME | |
|---|---|
| 08/15/00 | P.M. Some No. of RUG pain. On P.O. food well. Abd Exam - tender RUG / lumbar area. Small vent IVP pending. (⊕ Operation ® kidney area) Heard ... Stool Cas, O&P pend. Will add Reglan to regimen. Will decide on another Wkup p̄ IVP. ___ C |
| 8/16/00 | 7-3 C/o nausea. Lunch eaten. (Ref.) They lock in place. IVP to be done in Am. NPO p̄ mid noc. Offered no other complaints. ___ L. Ashlar- 3-11 heme test ⊕ stool this shift. ___ ant ___ liquid 1 bottle mag citrate given (1) infuses c̄ difficulty. Dk-t |
| 8/16/00 11-7 | NPO p̄ midnight - states x1g soft BM during noc. IV fluids as ordered. VSS. Denies vomiting VSS ___ S. Mc___ |
| 08/16/00 | Denies any abd. pain today. Abd Exam ___ ERMO unremarkable. IVP → Stones should Ureter on ® - Official results pend. Housecall ⊕ x2. Re: Cont Ref Hypersensitivity. Given ® housecall Re UGI / ___ following → UGI Scan / Barium enema + GI Consult for Endoscopy. ___ |

HR201 REV. 5/94
CONNECTICUT DEPARTMENT OF CORRECTION
**HEALTH CONSULTATION**

| INMATE NUMBER 76116 | DATE OF BIRTH |
|---|---|
| INMATE NAME (LAST, FIRST, (INITIAL) Hart | |

| CONSULTANT SPECIALTY mH | DATE 8-1-00 | SEX (M) F | RACE/ETHNIC B (W) H O | FACILITY OCI |
|---|---|---|---|---|

**RELEVANT CLINICAL DATA/HISTORY/PREVIOUS WORK-UP:**
☐ FOR OUTSIDE CONSULTATION SEE ATTACHED UTILIZATION REVIEW REQUEST FORM

I'm c̄ long hx of GI disorders "cancer, blockage, vomiting, diarrhea" - states water is poison and causes incredible abd pain c̄ in 1° of taking it - Has mH hx please evaluate

DOC PRACTITIONER SIGNATURE/TITLE: _____  DATE _____

**CONSULTANT'S REPORT/FINDINGS/RECOMMENDATIONS (PLEASE NOTE: DIAGNOSTIC OR THERAPEUTIC PROCEDURES NEED PRIOR APPROVAL BY THE DOC UTILIZATION MANAGEMENT UNIT):**

Seen on Aug 14. 2000 - 10 am — Oriented X 3
no signs of thought disorder
Still attempting to clear himself of his offenses - as he did
c̄ me in 1997 - he remembered talking with me
Also is quite focused on his stomach problem
Otherwise - stable

**RECOMMENDED TREATMENT PLAN:**




CONSULTANT SIGNATURE _____          DATE 8-14-00

**TREATMENT PLAN REVIEWED BY ATTENDING DOC PHYSICIAN/DENTIST:**

☐ APPROVED

☐ ALTERNATIVE PLAN:


☐ ADDITIONAL OUTSIDE SERVICES REQUIRE UTILIZATION MANAGEMENT UNIT APPROVAL

**25**

DOC PRACTITIONER SIGNATURE/TITLE: _____  DATE _____

CONFIDENTIAL INFORMATION
CONFIDENTIALITY OF THIS RECORD IS REQUIRED
UNDER CHAPTER 899 OF THE CONNECTICUT GENERAL
STATUTES. THIS MATERIAL SHALL NOT BE TRANSMITTED
TO ANYONE WITHOUT WRITTEN CONSENT OR OTHER
AUTHORIZATION AS PROVIDED IN THE AFOREMENTIONED
STATUTES.

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION
CLINICAL RECORD

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 76116 | 2-27-29 |

INMATE NAME (LAST, FIRST, INITIAL)
Hart

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| M   F | B   W   H   O | |

| DATE/TIME | |
|---|---|
| 8/16/00 | VSS ē New heplock placed. Went down stairs for IVP — result pending. Stated having loose stool ā mag citrate 8/15/00. Labs — Amylase + Lipase done. Appetite good. _____ Spann rn |
| 8/16/00 | 3-11 Quiet evening. Hep lock in place. No complaints. Resting comf. — S Blaze |
| 8/17/00 | - Mass still present - Official IVP report pending - bloody stool none |
|  | J Betancourt |
| 08/17/00 | Per ZM's old records this is documented PUD ē C from Backus Hosp. Will cont ē current regimen. G/W/up approval faxed. Alderr |
| 7.3 | I/m persuaded to shower due to immense body odor. I/m does not have good hygiene. hep lock intact. ate 100% of meal. OPer |
| 8:17.00 | 11-7 slept all noc S Patterson Rn. late entry — SP |
| 8/17/00 | S N/O acute c/o |
| 3-11 | O: Reports no diarrhea today. Requesting food / clear broth. Drinking H₂O |
|  | A: No acute distress ā present |
|  | P: Continue Present POC, assess + monitor Ilnystofan RN/CBem |

26

08/17/2000  05:19PM                                                   PAGE 001 OF 001



John Dempsey Hospital
University of Connecticut Health Center
Department of Radiology
(860) 679-2784
Department of Nuclear Medicine
(860) 679-3120



*REQUEST COPY*

NAME: HART, WILFORD                    PAT ID: T90076116   DOB: 02/27/29
DOS:  08/14/00  REQ NO: 00386331       REFERRED BY: PILLAI, BALA, MD
READ: 08/17/00  TYPED: 08/17/00 13:07  TYPED BY: 898   LOCATION: PR21
RADIOLOGIST: ARICI, MELIH              RESIDENT:


                    DIAGNOSTIC RADIOLOGIC REPORT


FRONTAL SUPINE VIEW OF THE ABDOMEN, ERECT VIEW OF THE UPPER
ABDOMEN, AND FRONTAL VIEW OF THE CHEST:

Although the history indicates this was a followup study
recommended by UCONN Radiology, I do not have access to prior
studies.

Frontal view of the chest demonstrates hyperaeration/air trapping
with no lung infiltrate.  An uncoiling of the aorta is noted with
normal cardiac silhouette and hilar structures.

Abdominal views demonstrate no evidence of free air.  Underlying
bowel gas pattern is unremarkable with mild defined speckled
calcifications projecting over the expected location of the right
renal collecting system.  Further workup with ultrasound/IVP may be
necessary to rule out underlying kidney stones.

CONCLUSION:
Air trapping is seen in the lungs.  Ultrasonogram and/or IVP may be
necessary to rule out underlying kidney stones.

kpu
**********
386331

OMPRAKASH PILLAI, M.D.

CONFIDENTIAL INFORMATION
"THE CONFIDENTIALITY OF THIS RECORD IS REQUIRED
UNDER CHAPTER 899 OF THE CONNECTICUT GENERAL
STATUTES. THIS MATERIAL SHALL NOT BE TRANSMITTED
TO ANYONE WITHOUT WRITTEN CONSENT OR OTHER
AUTHORIZATION AS PROVIDED IN THE AFOREMENTIONED
STATUTES,"
APPROVED BY ARICI, MELIH, M. D.

                    · PAGE 1

27



# The University of Connecticut Health Center
## Correctional Managed Health Care
### *Utilization Management Unit*

## UTILIZATION REVIEW COMMITTEE

On   **22-Aug-00**   the Utilization Review Committee (URC) reviewed the following case:

RE: Hart, William          **INMATE #:** 76116          **DOB:**   2/27/29

**REQUEST DATE:**   8/14/00          **UR REQUEST #:**   4          **UCHC TOO:**

**FACILITY:**          Osborn

**CHIEF COMPLAINT:**   R/O Mass

**DISCUSSION:**

71 yo c long h/o GERD type syndrome. 2+-4+RUQ tenderness,pain,N+V, diarrhea- nocturnal, 6-10x/D,no blood. S/P Ap. UGI 5/98 epigastric abnomality- ?mass, ? volulous ?transverse stomach. UGI 6/98: no mass. Large ventral hernia, ?RUQmass, ?hepatomegaly

## UTILIZATION REVIEW DETERMINATION / RECOMMENDATIONS:

UR approves the request for abdominal CT.

**FACILITY MD:  PLEASE NOTE ACTION REQUIRED**
CTU Transportation  - UCHC OPD

PHYSICIANS: If you feel this is not a clinically appropriate decision, please contact Dr. Pesantil

**URC Decision Must Be Reviewed by Facility-based MD Before Filing**

**Signature**_____          **Date:**___08/24/00___

c: Inmate Health Record

OMPRAKASH PILLAI, M.D.

28

HR925 REV. 12/95 **CONFIDENTIAL INFORMATION**
CONNECTICUT DEPARTMENT OF CORRECTION
"THE CONFIDENTIALITY OF THIS RECORD IS REQUIRED
UNDER CHAPTER 899 OF THE CONNECTICUT GENERAL
**PHYSICIAN'S ORDERS**
STATUTES. THIS MATERIAL SHALL NOT BE TRANSMITTED
TO ANYONE WITHOUT WRITTEN CONSENT OR OTHER
AUTHORIZATION AS PROVIDED IN THE AFOREMENTIONED
STATUTES."

| INMATE NUMBER 76116 | DATE OF BIRTH 2.27 29 |
|---|---|
| INMATE NAME (LAST, FIRST, INITIAL) *Dart* | |
| SEX (M) F | RACE/ETHNIC B W (H) O | FACILITY OCI |

**INSTRUCTIONS FOR USE:** Physicians must sign name and title under each order. Each order must be initialed in the space provided by the licensed nurse who transcribed the order.   Medications will be dispensed according to brands stocked in pharmacy.

## DRUG ALLERGIES / HYPERSENSITIVITY

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 8.9.00 | 8.14 | Start soft diet. Advance as tolerated to full diet Schedule for an IVP. | Pellene / Stefano MD noted 8/14/00 |
| 08/15/00 | | Reglan 10 mg PO TID ½ hour before meals and qHS x (30) days | Noted 8/15/00 L. Aplang RN Pellene |
| 08/16/00 | | Amylase, Lipase | Pellene Noted 11 25 A Skanner |
| 08/21/00 | | ~~Discharge to Jed~~ ~~Follow up in 1 week~~ | Pellene |

HR202 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION    *Faxed to me 8/17/00*

## UTILIZATION REVIEW REQUEST

| INMATE NUMBER 76116 | DATE OF BIRTH 02/27/29 |
|---|---|

INMATE NAME (LAST, FIRST, INITIAL)
HART

| SUBMITTED DATE 08/16/00 | DOC PHYSICIAN Pillai | EST. REL. DATE | SEX Ⓜ F | RACE/ETHNIC B Ⓦ H O | FACILITY OCI |
|---|---|---|---|---|---|

PROPOSED OUTSIDE CONSULTATION/PROCEDURE/DIAGNOSTIC STUDY:

UGI Series / Barium Enema ± GI Consult

☒ PLANNED
☐ URGENT
☐ EMERGENCY

TRANSPORTED BY:

| PRE-EXISTING CONDITION PRIOR TO INCARCERATION: | ☐ YES | ☐ NO | ☒ DOC VEHICLE |
| DIAGNOSED/INJURED DURING INCARCERATION: | ☒ YES | ☐ NO | ☐ AMBULANCE WITH ACLS |
| FEDERAL MARSHALL/INTERSTATE CUSTODY INMATE: | ☐ YES | ☐ NO | ☐ AMBULANCE WITHOUT ACLS |

PLEASE OUTLINE THE MEDICAL HISTORY, PHYSICAL EXAM FINDINGS, RESULTS OF DIAGNOSTIC STUDIES, DIAGNOSES, INDICATIONS FOR ADMISSION, TREATMENT OR SURGERY, PREVIOUS TREATMENT ATTEMPTS, PLAN OF CARE AND ESTIMATED LENGTH OF CARE/STAY, ETC. PERTINENT TO THE PROPOSED OUTSIDE CONSULTATION/PROCEDURE/ DIAGNOSTIC STUDY UNDER CONSIDERATION.

71 yo Ⓐ 2m c̄ Long standing abdominal complaints. Nausea, vomiting / diarrhea. Prior W/up in 1998 included UGI series which was unremarkable. Grossly abdomen grossly benign on exam. Stool hemoccult positive. Needs to rule out UGI / LGI pathology (perianion with ± endoscopies).

_____ Pillai _____    08/16/00
PRACTITIONER SIGNATURE                       DATE

## UTILIZATION REVIEW FOR OUTSIDE HEALTH SERVICES RECOMMENDATION

☐ APPROVED, OUTSIDE FACILITY RECOMMENDED: _____

CARE/LENGTH OF STAY RECOMMENDED: _____

_____

☐ DENIED

☐ LACK OF MEDICAL INFORMATION TO SUPPORT LEVEL OF CARE
☐ REQUESTED CARE NOT MEDICALLY NECESSARY
☐ LEVEL OF CARE NOT MEDICALLY NECESSARY
☐ PRE-OP DAY NOT MEDICALLY NECESSARY
☐ DOES NOT MEET CRITERIA
☐ RE-EVALUATED IN _____ MONTHS
☐ REFER TO _____ CLINIC
☐ REFER TO _____ INFIRMARY
☐ OTHER _____

REVIEWED BY: _____    _____
              SIGNATURE/TITLE                    DATE

30

'T DEPARTMENT OF CORRECTION

.JAL RECORD

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 76116 | |
| INMATE NAME(LAST, FIRST, INITIAL) | |
| Hart | |

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M) F | B W H O | OC-I |

| DATE/TIME | |
|---|---|
| 8/16/00 | UCONN radiology called to report results of IVP - ∅ obstruction noted - dilat collecting system on (L) - minimal post void residual - report to be faxed - ⟶ Hore RN |
| | Clear to need to be removed |
| 8/26/00 9am T 97.6 P 76 R 18 Bp 140/90 | Inmate brought to medical via w/c c/o severe epigastric "burning all night long" Just left Hosp III for the same thing. States vomiting + diarrhea last noc. States ⊕ "I haven't eaten in 4 days." Color pale. abd semi firm c̄ ⊕ BS. CT scan has been approved by URC. Call placed to Dr Selice - Will admit to Hosp III - NPO IV fluids + meds. #20 felco inserted into (R) forearm ⟶ Foster R |
| 8/31/00 | Copies of Labs and cn Live MAR sent c̄ pt. to UCHC appt. and also Faxed to URC. CW |
| 9/7/00 | Return from UCONN - ∅ orders - ⟶ Hore RN |
| | |
| | |
| | |

CONFIDENTIAL INFORMATION
"THE CONFIDENTIALITY OF THIS RECORD IS R...
UNDER CHAPTER 899 OF THE CONNECTICUT GEN...
STATUTES. THIS MATERIAL SHALL NOT BE TRANS...
TO ANYONE WITHOUT WRITTEN CONSENT OR OTH...
AUTHORIZATION AS PROVIDED IN THE AFOREMENTIO...
STATUTES."

31

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

**CLINICAL RECORD**

| INMATE NUMBER | | DATE OF BIRTH |
|---|---|---|
| 76116 | | 2/27/29 |

INMATE NAME(LAST, FIRST, INITIAL)
HART, WILFRED

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| M  F | B W H O | OCI |

| DATE/TIME | |
|---|---|
| 8/26/00 10:30 am | Admitted to Hosp 3 c̄ c/o epigastric burning pain. States he had been vomiting and had diarrhea this AM. ⊕ BS x 4 abd semi-firm to palp. IV started D5 1/2 NS in ® ante forearm. Resting comfortably c̄ eyes closed @ this time. IM to remain NPO. ⟶ Ganora RN |
| 8/26/00 10:30 am | IM to have CT scan approved by OIC. ⟶ Ganora RN |
| 8/26/00 3-11pm | Quiet shift. Vitals stable. Afebrile IV running @ 125°. Voiding lg amts of clear yellow urine. Remains NPO. States abd pain is less than earlier. ⟶ J. Fortune RN |
| 8/27/00 6:35a | Quiet noc. IM asleep w/o complaints offered. IV inf c̄ 125cc/h D5 1/2 NS. Remains on NPO status. ⟶ Diamond RN |
| 8/27/00 1:30pm | IV infusing @ 125° into ® forearm. IV site c̄ + dry ō S/S infection. IM states no more episodes of diarrhea since yesterday. IM states he has not moved bowels today. States he still has burning in epigastric area but less severe than yesterday. No vomiting noted. ⟶ Spino RN |
| 8/27/00 8:15pm | IM sitting up in bed reading a magazine. IM states pain has improved greatly. ō c/o burning. IM states "the burning feeling" had been a chronic problem, which comes & goes. IV D5 1/2 NS infusing into (cont'd) |

**32**