HR925 REV. 12/95
CONNECTICUT DEPARTMENT OF CORRECTION

**PHYSICIAN'S ORDERS**
CONFIDENTIAL INFORMATION

"THE CONFIDENTIALITY OF THIS RECORD IS REQUIRED UNDER CHAPTER 899 OF THE CONNECTICUT GENERAL STATUTES. THIS MATERIAL SHALL NOT BE TRANSMITTED TO ANYONE WITHOUT WRITTEN AUTHORIZATION AS PROVIDED IN THE AFOREMENTIONED STATUTES."

INMATE NUMBER: 76116
INMATE NAME (LAST, FIRST, INITIAL): Hart M
SEX: M
RACE/ETHNIC: W
FACILITY: OCI

INSTRUCTIONS FOR USE: Physicians must sign name and title under each order. Each order must be initialed in the space provided by the licensed nurse who transcribed the order. Medications will be dispensed according to brands stocked in pharmacy.

**DRUG ALLERGIES / HYPERSENSITIVITY**: Codeine / PCN

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 8/26/00 | 9:15 am | Admit to Hosp III<br>VS BID<br>NPO<br>1000 D5½NS @ 125° × 72°<br>Tagamet 400mg PO BID<br>Bentyl 20mg PO TID  ) 30d<br>Reglan 10mg po TID<br>TCDB & (illegible) J. Foster | |
| 8/28/00 | | Disch to population<br>meds on person<br>Mylanta 1 pkt BID POx 30d<br>Change Tagamet to<br>400 mg P.O TID x6 Mon. | |
| 08/30/00 | | Prevacid 15 mg P.O qd x 6 Mon<br>D/C tagamet when prevacid is available.<br>noted J. Foster | |
| 10/05/00 3:40 pm | | Bentyl 20mg P.O Tid x 3 mon | |

AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT (UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT DESCRIBED IS CIRCLED.

OMPRAKASH PILLAI M.D.

33

| | |
|---|---|
| DEPARTMENT OF CORRECTION | INMATE NUMBER: 76116 |
| MEDICAL RECORD  E-22 | INMATE NAME (LAST, FIRST, INITIAL): Hart |
| | SEX: (M) F   RACE/ETHNIC: B (W) H O   FACILITY: OCI |

| DATE/TIME | |
|---|---|
| 9/8/00 11AM | Received call from block officer that I/M was c/o abdominal pain. I/M ~~prior~~ seen at hosp II. <br> S – "my stomach feels awful..." <br> O – ∅ vomit noted. VS – T 96.3  77  20 <br> BP 142/92  SpL 97%  RA. <br> A – alt in comfort <br> P – mylanta 30cc given to relief. I/M states "my stomach feels better." I/M returned to housing by officer. <br>                                  EGaynor RN |
| 9/19/00 6PM | NO SHOW for S/C ——— [signature] |
| 9/28/00 | Concerned about "weight loss" wt now 177. previous wt in August 160. I/M has gained wt. No TX for wt loss indicated @ this time. J Mortin |
| 10/10/00 <br> WT 174# <br> T 97.4 <br> 138/102 <br> R 16 <br> P 72 | S: "I can't eat, what I eat makes me sick." <br> O: A&Ox3, ambulates c prothesis c difficulty. I/M c/o difficulty c urination. I/M c/o diarhea. N/V c last b/m being 10-9-00 pm. c diarhea this AM. I/M states he has poor nutritional intake as "I have ∅ lower teeth." I/M displays c tenderness/pain in (R) rear flank below rib cage. ? @ kidney. Upon palpation bladder appears full. ⊕ BS all 4 quads. <br> A: Alt in comfort / Nutritional intake. <br> P: Bump to MDSC for Eval. ———— [signature] |

CONFIDENTIAL INFORMATION
"THE CONFIDENTIALITY OF THIS RECORD IS REQUIRED UNDER CHAPTER 899 OF THE CONNECTICUT GENERAL STATUTES. THIS MATERIAL SHALL NOT BE TRANSMITTED TO ANYONE WITHOUT WRITTEN CONSENT OR OTHER AUTHORIZATION AS PROVIDED IN THE AFOREMENTIONED STATUTES."

34

09/12/2000 07:17PM

John Dempsey Hospital
University of Connecticut Health C
Department of Radiology
(860) 679-2784
Department of Nuclear Medicine
(860) 679-3120

*Report also filed in UR files

*REQUEST COPY*

Faxed to  O C I
                (Facility)

ZM # 76146

Date 9/13/00    By _____

NAME: HART, WILLIAM                          PT. ID: 00889337   DOB: 02/27/29
DOS: 09/07/00   REQ NO: 00390711   REFERRED BY: PESANTI MD, EDWAR
READ: 09/07/00  TYPED: 09/12/00 09:20   TYPED BY: 899   LOCATION: CMHC
RADIOLOGIST: KANE, MARK                      RESIDENT:   PARK, JOHN

## DIAGNOSTIC RADIOLOGIC REPORT

CONFIDENTIAL INFORMATION
"THE CONFIDENTIALITY OF THIS RECORD IS REQUIRED
UNDER THE PROVISIONS OF THE CONNECTICUT GENERAL..."

CT OF THE ABDOMEN AND PELVIS:
09-07-00

CLINICAL INDICATION:
Abdominal pain.

TECHNIQUE:
Axial images from the lung bases to the pubis symphysis are submitted using 11 mm slice collimation. Pre- and post-contrast studies are submitted. Oral contrast was administered. Liver, soft tissue, lung and bone windows are submitted. There are no prior examinations for comparison.

There is a 3.2 cm x 5.0 cm x 4.4 cm soft tissue density within the right side of the abdomen at the level of approximately L2. This is best seen on Images #51 through #53. This soft tissue density is homogenous. Within its center is an area of hyperdensity which represents area of central calcifications. Immediately surrounding this density are areas of "dirty fat" and adherent loops of small bowel. There is no small bowel obstruction. Some of the adjacent small bowel loops are collapsed with thickened walls, and pathology cannot be fully ruled out in these regions. The density previously described most likely represents a neoplastic process originating from the mesentery versus small bowel. There is adjacent small bowel involvement and mesenteric inflammatory changes. A less likely cause would be scarring, although the patient's past surgical history is not known. There is an approximately 1 cm simple cyst in the upper pole of the right kidney. The left kidney, adrenal glands, spleen, liver, gallbladder, and pancreas are unremarkable. There is a moderate size right inguinal hernia. There is no significant lymphadenopathy or fluid collections. The bladder is unremarkable. There is sclerosis and irregular trabecular pattern of the left femur consistent with Paget's disease. The trabecular pattern of L5 is irregular - questioned significance.

CONCLUSION:
1. 3.2 cm x 5.0 cm x 4.4 cm soft tissue mass in the right side of the abdomen at the level of approximately L2. This density is

PAGE 1

AUTHORIZATION AS PROVIDED IN THE AFOREME...
STATUTES."

35

09/12/2000 07:17PM



John Dempsey Hospital
University of Connecticut Health Center
Department of Radiology
(860) 679-2784
Department of Nuclear Medicine
(860) 679-3120

HART, WILLIAM                         PAT ID: T00889337    REQ NO: 00390711

adherent to several loops of small bowel and the mesenteric fat is "dirty" immediately next to it. This density most likely represents a neoplastic process originating from the mesentery versus small bowel.

2. Moderate sized right inguinal hernia.

3. Pagetoid changes of the left femur.

4. Irregular trabecular pattern of L5 - questioned additional Paget's.

The study was read and reviewed with Mark Kane, M.D.

kpx
*********
134824

APPROVED BY KANE, MARK, M. D.

PAGE 2

36

09/12/2000 07:17PM



John Dempsey Hospital
University of Connecticut Health Center
Department of Radiology
(860) 679-2784
Department of Nuclear Medicine
(860) 679-3120

HART, WILLIAM                          PAT ID: T00889337    REQ NO: 00390711

~~adherent to several loops of small bowel and the mesenteric fat is~~ (dirty) ~~immediately next to it. Considering most likely inflammatory process originating from the mesentery versus small bowel.~~

2. Moderate sized right inguinal hernia.

3. Pagetoid changes of the left femur.

4. Irregular trabecular pattern of L5 - questioned additional Paget's.

The study was read and reviewed with Mark Kane, M.D.

kpx
*********
134824

CONFIDENTIAL INFORMATION
"THE CONFIDENTIALITY OF THIS RECORD IS REQUIRED UNDER CHAPTER 899 OF THE CONNECTICUT GENERAL STATUTES. THIS MATERIAL SHALL NOT BE TRANSMITTED TO ANYONE WITHOUT WRITTEN CONSENT OR OTHER AUTHORIZATION AS PROVIDED IN THE AFOREMENTIONED STATUTES."

APPROVED BY KANE, MARK, M. D.

PAGE 2

37

**34**



# The University of Connecticut Health Center
## Correctional Managed Health Care
### *Utilization Management Unit*

## UTILIZATION REVIEW COMMITTEE

On  15-Sep-00  the Utilization Review Committee (URC) reviewed the following case:

RE: Hart, William          INMATE #: 76116          DOB: 02/27/29

REQUEST DATE:   09/15/00     UR REQUEST #: 6    UCHC TOO: TOO889337

FACILITY:   Osborn

CHIEF COMPLAINT:   Mass

DISCUSSION:

21 yo c long standing abdominal complaints (nausea/vomiting/diarrhea). ABD CT 9/7/00: 3.2X5X4.4cm soft tissue mass R side of abd area L2 adherent to loops of sm bowel- mesenteric fat is "dirty" next to it.

CONFIDENTIAL INFORMATION
"THE CONFIDENTIALITY OF THIS RECORD IS REQUIRED UNDER CHAPTER 899 OF THE CONNECTICUT GENERAL STATUTES. THIS MATERIAL SHALL NOT BE TRANSMITTED TO ANYONE WITHOUT WRITTEN CONSENT OR OTHER AUTHORIZATION AS PROVIDED IN THE AFOREMENTIONED

## UTILIZATION REVIEW DETERMINATION\RECOMMENDATIONS:

The UR per Dr. Pesanti recommends surgical consult. Please be sure formal CT scan results accompany patient to consult.

---

**FACILITY MD: PLEASE NOTE ACTION REQUIRED**
CTU Transportation - UCHC OPD

PHYSICIANS: If you feel this Is not a clinically appropriate decision, please contact Dr. Pesantil

**URC Decision Must Be Reviewed by Facility-based MD Before Filing**
Signature _____   Date: 09/28/00

c: Inmate Health Record



80



**Consultation Form**

The University of Connecticut Health Center
Correctional Managed Health Care

| Inmate #: | 76116 |
|---|---|
| Name: | Hart, William |
| Date of Birth | 02/27/29 |
| Facility: | Osborn |
| UCHC TOO# | TOO889337 |
| Appointment Date | 09/27/00 |

On 09/15/00 the CMHC URC Approved UR Request # 6
**General Surgery**  Consult - DoC Sx Clinic  at Osborn CI

**CHIEF COMPLAINT:** Mass

71 yo with long standing abdominal complaints (nausea/vomiting/diarrhea). ABD CT 9/7/00 shows 3.2x5x4.4cm soft tissue mass R side of abdominal area L2 adherent to loops of small bowel-mesenteric fat is "dirty" next to it.

Clinical records sent with patient (Initial):
- Medications and MAR
- XRays and Xray Folder
- Current laboratory report
- Recent clinical notes

REFERRING MEDICAL UNIT MUST COMPLETE THE FOLLOWING SECTION PRE-APPOINTMENT:

1. Clinical changes since URC request — none
2. Medication change? — Yes / No
3. Clinical status change? — Yes / No

Note All Changes Here

CONFIDENTIAL INFORMATION
THE CONFIDENTIALITY OF THIS RECORD IS REQUIRED UNDER CHAPTER 899 OF THE CONNECTICUT GENERAL STATUTES. THIS MATERIAL SHALL NOT BE TRANSMITTED TO ANYONE WITHOUT WRITTEN CONSENT OR OTHER AUTHORIZATION AS PROVIDED IN THE AFOREMENTIONED STATUTES."

Staff Signature Completing Form    PRINT Name    Date

**Consultant's Report / Findings / Recommendations:**

**Findings:** 71 yo w/ m/ Abd'l discomfort (epigastric + RUQ), & diarrhea. No particular food exacerbates this. Diarrhea = 2-4x/day — new for 3 weeks, brown, runny/watery. Occas black stool. H. states wt loss (230→150) since 1991. Labs - ↑AKP, ↓Alb. Cr 1.1→1.3, BUN ↑ Now on prevacid. No clear Δ in symptoms/complaints to Extrem: V. poor Dentition. No cervical or supraclavicular LN's. lungs clear. Heart rrr w/ 3/6 sys @ ↑ @ 4 @ SB. Abdomen: Nondis tender. Ventral Hernia along linea Alba. Tender on Rt. to deep palpation (MCL @ level of umbilicus). No inguinal hernias appreciated. Rectal - Moderate BPH; tone ok; Ø masses. Ht

**Recommendations:** (Please note: diagnostic or therapeutic procedures must be preauthorized, scheduled by CMHC URC)

① Malnourished. Please get mechanical soft diet (poor dentition).
② Diarrhea. Please send gastrin but, I will review CT Scan, and recommend further w/up, probably on the way to an ex. lap.
③ Rt Sided Mass — probably related to diarrhea & Abd'l Pain. Consider D/C Reglan if still on it.

Signature: David G____    PRINT Name: GILES    Beeper or Phone: 679-2290    Date: 9/27/00

Attending Signature _____  Date _____  **39**

Noted by physician In DoC facility    Name

Wednesday, September 20, 2000    Page 1 of 2

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

## CLINICAL RECORD

INMATE NUMBER: 76116
INMATE NAME (LAST, FIRST, INITIAL): HART, W
SEX: M
RACE/ETHNIC: W
FACILITY: OCI

| DATE/TIME | |
|---|---|
| 11/03/00 1:10 PM | Still c/o diarrhea / abd. pain.<br>↓ wt. 175 month.<br>Yes stools.<br>Exam - ⊕ umbilical hernia<br>NL BS -<br>Hard to identify any mass.<br><br>Recent w/up - UGI - Unremarkable Upper GI<br>IVP - ? Calculcheis on passage<br>Senn Barium - WNL<br><br>can't locate CT Scan - No Scan done per Uconn radiology.<br><br>Seen by Dr. Griker -<br><br>Plan: use Jepson for CT if not done and<br>F/up č Dr. Griker<br>↑ prevacid to 30 QD.<br>Mechanically soft diet<br>↓ Immodium<br>Wt. Q weekly → Record.<br><br>Added: Found CT of abd.<br>⊕ mass.<br>Request F/up č Dr. Griker |

40



# JOHN DEMPSEY HOSPITAL
## DISCHARGE SUMMARY

Patient Name: William Hart  #76116  MRN: 0000000T00889337
Date of Birth: 02/27/1929             Date of Admission: 11/21/2000
                                      Date of Discharge: 11/29/2000

**CHIEF COMPLAINT:**
The patient's presenting complaints include diarrhea and weight loss.

**HISTORY OF PRESENT ILLNESS:**
The patient is a 71-year-old gentleman with a history of hypertension and COPD and past operations for an appendectomy and laminectomy, who presented with a history of six months of chronic diarrhea. He describes having about eight to ten bowel movements a day, which are watery without any blood or mucus, associated with abdominal pain. There is a history of weight loss, about 20 pounds. There is also a history of anorexia and metallic taste. The patient had a workup with a CT scan and was found to have a mass in the small bowel mesentery.

**REVIEW OF SYMPTOMS:**
On her systemic review, the patient reported having a hearing loss and some mild early COPD, and he is using a cane to walk.

**PAST MEDICAL HISTORY:**
The patient's past medical and surgical history are significant for hypertension, COPD, Grave's disease of the left hip, poor dentition, ventral hernia, hearing loss, appendectomy, and a laminectomy.

**MEDICATIONS:**
The patient's current medications include: Prevacid, Reglan, Bentyl, and Imodium.

**ALLERGIES:**
CODEINE.

**PHYSICAL EXAMINATION:**
VITAL SIGNS: On examination, the patient was afebrile. His vital signs were stable.
ABDOMINAL: The patient has a small abdominal ventral hernia. He had positive bowel sounds.
Other systemic examination was normal, except for an enlarged prostate.

*[handwritten note: Mass can not felt on physical]*

**HOSPITAL COURSE:**
The patient underwent a workup which revealed a mass in the abdomen, most likely in the mesentery. The patient underwent an exploratory laparotomy on 11/21/00, and had a resection of the mass and small nodule from the surface of the liver which showed a carcinoid tumor.

Postoperatively, the patient did well and, anticipating the patient's poor nutritional status, the patient was started on hyperalimentation which was continued until the day of his discharge. The patient responded well to the hyperalimentation, and slowly started to open up his bowels. The

*University of Connecticut Health System*
263 Farmington Avenue * Farmington, CT 06030
* An Equal Opportunity Employer *

41

Page 1 of 2

# 76116

patient was then started on clear liquids, advanced to _____, and finally onto a regular diet, which the patient had been taking since yesterday and has been tolerating it well. The patient has been passing gas and having normal bowel movements. At the time of discharge, the patient is afebrile. The vital signs are stable. He is tolerating a regular diet. He is ambulating with a cane. The patient's hyperalimentation has been discontinued today. The patient had a triple-lumen which taken out today, the day of discharge.

**DISCHARGE DIAGNOSIS:**
Carcinoid of the small intestine with metastasis to the liver.

**PRINCIPAL PROCEDURE:**
Exploratory laparotomy, with ileal resection and ileal anastomosis, and removal of the mass of the small intestine mesentery and removal of a metastatic nodule from the surface of the liver.

**DISCHARGE MEDICATIONS:**
The patient's current medicines at the time of discharge include Percocet for the control of pain. The patient is to have nutritional supplements to help him recover from the operation and to build up his nutritional status. The patient is going to take Keflex p.o. for a period of about five days after discharge for possible redness and erythema around the wound to prevent wound infection. The patient uses albuterol, about two puffs q.4h., p.r.n. wheezing. The patient has been given Colace 100 mg p.o., b.i.d. to help him regulate his bowel movements, and the patient is going to be taking Percocet.

**FOLLOW UP PLANS:**
The patient is going to follow up with Dr. Giles in about two weeks from now. The patient has a follow up appointment with Hem/Onc on 12/08/00, at 10:30 p.m., in the Cath Center at UCONN. The Hem/Onc do not want to give him any chemotherapy or anything else for his carcinoid tumor and they are still waiting for a definitive pathology report. When that is back, he most likely will be treated with Oncovite for the symptomatic diarrhea control. Dental was consulted for his poor dentition, and they examined the patient and advised him to have another follow up in about eight weeks time for a possible lower jaw dental repair.

_____Date_____
David L Giles, MD

Signature by Attending Physician indicates that this report has been read and approved.

Dictated By: Shahzar Zafar, MD
TRID: 20001129035038900 DP: 11/29/2000 13:49 DD: 11/29/2000 12:03 DT: 11/29/2000 13:20 TID: 12007

42


WILLIAM HART 0000000T00889337