**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| WILFRED L. HART | : | NO. 3:01CV2330(JCH) |
| | : | |
| VS. | : | |
| | : | |
| EDWARD BLANCHETTE, MD AND | : | |
| OMPRAKASH PILLAI, MD | : | APRIL 27, 2004 |

**THE DEFENDANTS' MOTION FOR**
**EXTENSION OF TIME TO FILE REPLY BRIEF**

Pursuant to Local Rules of Civil Procedure 7(b) & (d), the defendants move for a ten day extension of time – until May 14, 2004 -- to file their reply to the plaintiff's opposition to their motion for summary judgment. The defendants further represent as follows:

1. The defendants' reply brief is due on May 4, 2004.

2. The undersigned anticipates securing one or more affidavits in order to fully respond to the arguments raised by the plaintiff.

3. Counsel for the defendants has been busy with several state court matters and responding in a timely manner is most difficult.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

4. The counsel for the plaintiff, Attorney John Williams, has stated that he has no objection to granting this motion to extend time.

5. This is the first request for extension of time with respect to this pleading.

        DEFENDANTS,
        Edward Blanchette, MD and
         Omprakash Pillai, MD

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL


BY: /s/_____
Neil Parille
Assistant Attorney General
Fed. Bar No. 15278
110 Sherman Street
Hartford, CT  06105
Telephone No.:  (860) 808-5450
Fax No. (860) 808-5591
E-mail:  neil.parille@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 27th day of April, 2004, to:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409           /s/_____
New Haven, CT  06510               Neil Parille
                                              Assistant Attorney General