FILED

2004 APR 28 P 1: 26

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILFRED L. HART : NO. 3:01CV2330(JCH)

VS. :

EDWARD BLANCHETTE, MD AND :
OMPRAKASH PILLAI, MD : APRIL 27, 2004

### THE DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Pursuant to Local Rules of Civil Procedure 7(b) & (d), the defendants move for a ten day extension of time – until May 14, 2004 -- to file their reply to the plaintiff's opposition to their motion for summary judgment. The defendants further represent as follows:

1. The defendants' reply brief is due on May 4, 2004.

2. The undersigned anticipates securing one or more affidavits in order to fully respond to the arguments raised by the plaintiff.

3. Counsel for the defendants has been busy with several state court matters and responding in a timely manner is most difficult.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

MOTION GRANTED
SO ORDERED
FILED 4/29/04

2004 APR 30 P 4:24
U.S. DISTRICT COURT
BRIDGEPORT, CONN