## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILFRED L. HART | : | CASE NO. 3:01CV2330(JCH) |
| | : | |
| VS. | : | |
| | : | |
| EDWARD BLANCHETTE, MD AND | : | |
| OMPRAKASH PILLAI, MD | : | MAY 7, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that defendants, **EDWARD BLANCHETTE, MD AND OMPRAKASH PILLAI, MD**, have manually filed the following documents:

    A.    Affidavit and Attachments of Cheryl Malcolm; and,

    B.    Affidavit and Attachments of Omprakash Pillai.

These documents have been filed electronically because:

[ X ]    The documents cannot be converted to an electronic format.
[   ]    The electronic file size of the document exceeds 1.5 megabytes.
[   ]    The document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 56(b).
[   ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

        Respectfully submitted,
        DEFENDANTS,
        Edward Blanchette, MD and Omprakash Pillai, MD

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL


        BY:__/s/_____
        Neil Parille
        Assistant Attorney General
        Federal Bar No. ct15278
        110 Sherman Street
        Hartford, CT  06105
        Telephone No. (860) 808-5450
        Fax no. (860) 808-5591
        neil.parille@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 7th day of May, 2004 to:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

                                                        /s/
                                               Neil Parille
                                               Assistant Attorney General