UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILFRED L. HART | : | NO. 3:01CV2330(JCH) |
| | : | |
| VS. | : | |
| | : | |
| EDWARD BLANCHETTE, M.D., ET AL. | : | AUGUST 16, 2004 |

**OBJECTION TO RECOMMENDED RULING**

The plaintiff objects to the Recommended Ruling in this case filed by Magistrate Judge Fitzsimmons for the reasons more fully stated in his brief in opposition to the defendants' Motion for Summary Judgment.

                THE PLAINTIFF

BY_____
       JOHN R. WILLIAMS (ct00215)
       51 Elm Street
       New Haven, CT 06510
       (203) 562-9931
       FAX: (203) 776-9494
       E-Mail: jrw@johnrwilliams.com
       His Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to

Neil D. Parille, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105.

_____
JOHN R. WILLIAMS