UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILFRED HART | : | |
|     Plaintiff | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 3-01-cv-2330 (JCH) |
| EDWARD BLANCHETTE, M.D., | : | |
| ET AL | : | OCTOBER 29, 2004 |
|     Defendants | : | |

**RULING RE: RECOMMENDED RULING [DKT. NO. 35]**

On August 13, 2004, a Recommended Ruling on defendants' Motion for Summary Judgment was docketed. The plaintiff filed a timely, one-sentence objection, relying on his original opposition Memorandum.

After review of the Recommended Ruling, and the record and briefs, the court overrules the objection and adopts and affirms the Recommended ruling as the Ruling of this court. The Motion for Summary Judgment (Dkt. No. 28) is granted. The clerk is hereby directed to close this case.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 29th day of October, 2004.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge