UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILFRED L. HART | : |
| VS. | :    NO. 3:01CV2330(JCH) |
| EDWARD BLANCHETTE, M.D., and OMPRAKASH PILLAI, M.D. | : <br> :    NOVEMBER 15, 2004 |

## A P P E A L

The plaintiff appeals to the United States Court of Appeals from the attached Judgment entered against him in this matter on October 29, 2004.

THE PLAINTIFF

BY_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494
E-Mail: jrw@johnrwilliams.com
His Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Neil D. Parille, Esq., Assistant Attorney General, 110 Sherman Street, Hartford, CT 06105.

_____
JOHN R. WILLIAMS