# DISTRICT OF CONNECTICUT - BRIDGEPORT
## NOTICE OF APPEAL COVER MEMO

**DATE:** November 23, 2004        **TO:** Intake Clerk

**FROM:** Tasha Simpson   203.579.5657

**FILED**

2004 DEC 13 P 12:58

U.S. DISTRICT COURT
BRIDGEPORT, CONN

**CASE TITLE:** Hart vs Pillai, et al

**DOCKET NO.:** 3:01 cv 2330 (JCH)

**NOTICE OF APPEAL:** filed: November 16, 2004

**APPEAL FROM:**   final judgment: ✓

interlocutory: __

other: __

**DOCKET SHEET:**   Attorney, updated address & phone number for each party __Y__

All parties are listed on Docket Sheet
(Including Third Parties) __Y__

All docket entries and dates are included __Y__

**FEE STATUS:**   Paid ✓   Due ____   N/A ____

IFP revoked ____   Application Attached ____

IFP pending before district judge ____

**COUNSEL:**   CJA ____   Retained ✓   Pro Se ____

**TIME STATUS:**   Timely ✓   Out of Time ____

**MOTION FOR
EXTENSION OF TIME:** Granted ____   Denied ____

**COA:**   Granted ____   Denied ____

**RECEIVED-UTICA**

**DEC 07 2004**

U.S. DISTRICT COURT
LAWRENCE K. BAERMAN CLERK

**COMMENTS AND CORRECTIONS:**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: ____PM____   DATE: 12/1/04
DEPUTY CLERK, USCA

USCA No. _____.