UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILFRED L. HART | : | NO. 3:01CV2330(JCH) |
| | : | |
| VS. | : | |
| | : | |
| OMPRAKASH PILLAI, MD | : | JANUARY 19, 2006 |

### THE DEFENDANT'S MOTION TO EXTEND
### DEADLINE TO FILE TRIAL MEMORANDUM

Pursuant to Local Rules of Civil Procedure 7(b) & 7(d), the defendant moves for a one week extension time until February 7, 2006 to file the trial memorandum. The defendant further represent as follows:

1. The trial memorandum is due on January 31, 2006.

2. Counsel for the defendant has been busy with several state and federal court matters and completing his portion of the trial memorandum in a timely manner is most difficult.

3. Because the pretrial conference is scheduled for February 17, 2006, the granting of this motion will not delay the course of this case.

4. The counsel for the plaintiff, Attorney John Williams, has stated that he has no objection to granting this motion to extend time.

5. This is the first request for extension of time with respect to this matter.

**ORAL ARGUMENT NOT REQUESTED.**
**TESTIMONY NOT REQUIRED.**

DEFENDANT,
Omprakash Pillai, M.D.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:___/s/_____
Neil Parille
Assistant Attorney General
Federal Bar No. 15278
110 Sherman Street
Hartford, CT  06105
Telephone No.:  (860) 808-5450
Fax No. (860) 808-5591
E-mail:  neil.parille@po.state.ct.us


**CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 19th day of January, 2006 to:

John R. Williams, Esq.
Law Offices of John Williams
51 Elm Street, Suite 409
New Haven, CT  06510


___/s/_____
Neil Parille
Assistant Attorney General