UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILFRED L. HART | : | NO. 3:01CV2330(JCH) |
| | : | |
| VS. | : | |
| | : | |
| OMPRAKASH PILLAI, M.D. | : | FEBRUARY 1, 2006 |

**NOTICE OF MANUAL FILING**

Please take notice that defendant, Omprakash Pillai, M.D., has manually filed the following document:

- **Attachment 1 Clinical Record –** Defendant's Motion in Limine Re: Plaintiff's Self-Diagnosis of Cancer

This document has not been filed electronically because:

[X] **Medical Records – manual filing only is ordered**

The document has been manually served on all parties.

            DEFENDANT
            Omprakash Pillai, M.D.

            RICHARD BLUMENTHAL
            ATTORNEY GENERAL

BY: _____/s/_____
     Neil Parille
     Assistant Attorney General
     Fed. Bar No. ct15278
     110 Sherman Street
     Hartford, CT 06105
     Telephone No.: (860) 808-5450
     Fax No. (860) 808-5591
     E-mail: neil.parille@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 1st day of February 2006, to:

John R. Williams, Esq.
John R. Williams & Associates, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

_____/s/_____
Neil Parille
Assistant Attorney General