## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILFRED L. HART | : | NO. 3:01CV2330(JCH) |
| | : | |
| VS. | : | |
| | : | |
| OMPRAKASH PILLAI, M.D. | : | FEBRUARY 6, 2006 |

## **APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for all defendants, in addition to any appearances already on file.

Dated at Hartford, Connecticut, this 6th day of February, 2006.

                                     DEFENDANTS,
                                     Omprakash Pillai, M.D.

                                     RICHARD BLUMENTHAL
                                     ATTORNEY GENERAL

                        BY:____/s/_____
                          Lynn D. Wittenbrink
                          Assistant Attorney General
                          Federal Bar No. ct08575
                          110 Sherman Street
                          Hartford, CT  06105
                          Telephone No.:  (860) 808-5450
                          Fax No. (860) 808-5591
                          E-Mail:  lynn.wittenbrink@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 6th day of February, 2006:

John R. Williams, Esq.
John R. Williams and Assoc., LLC
51 Elm Street, Suite 409
New Haven, CT  06510

    /s/_____
Lynn D. Wittenbrink
Assistant Attorney General