UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILFRED L. HART | : | |
| VS. | : | NO. 3:01CV2330(JCH) |
| OMPRAKASH PILLAI, M.D. | : | FEBRUARY 13, 2006 |

### APPLICATION FOR ISSUANCE OF WRIT OF HABEAS CORPUS
### *AD TESTIFICANDUM*

As appears of record, the plaintiff is a sentenced prisoner in the custody of the defendant's employer, the State of Connecticut. He is Inmate No. 76116 at the Osborn Correctional Institution, 100 Bilton Road, Somers, CT 06071.

The plaintiff respectfully moves that the court issue writs of habeas corpus *ad testificandum* to the Connecticut Commissioner of Correction, commanding her to produce the plaintiff for jury selection on March 1, 2006, and thereafter on each day of the trial of this action commencing March 6, 2006.

                THE PLAINTIFF


        BY_____
                JOHN R. WILLIAMS (ct00215)
                51 Elm Street
                New Haven, CT 06510
                (203) 562-9931
                FAX:  (203) 776-9494
                E-Mail: jrw@johnrwilliams.com
                His Attorney


<u>CERTIFICATION OF SERVICE</u>

On the date above stated, a copy hereof was mailed to Neil D. Parille, Esq., Assistant Attorney General, 110 Sherman Street, Hartford, CT 06105.


_____
JOHN R. WILLIAMS