UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Warden David Strange
1-806-749-8391                                          3:01cv2330JCH
Osborn Corrcectional Institution
100 Bilton Road,
Somers, CT 06071

YOU ARE HEREBY COMMANDED to have the body of <u>WILFRED L. HART (Inmate #76116)</u>, now detained under your custody, produced directly before Honorable Janet C. Hall, United States District Judge for the District of Connecticut, at U.S. District Court, 915 Lafayette Boulevard, Bridgeport, on Monday, March 6, 2006, at 8:30 A.M., and at 8:30 A.M. on Tuesday-3/7/06, Wednesday-3/8/06, Thursday-3/9/06 or from time to time thereafter as the case may be adjourned, and immediately thereafter the said WILFRED L. HART (Inmate #76116) will be returned under safe and secure conduct.

WITNESS the Honorable Janet C. Hall, United States District Judge at Bridgeport, Connecticut, this 27th of February, 2006.

                                                KEVIN F. ROWE, Clerk

                                        By    /s/Catherine Boroskey
                                                Catherine Boroskey
                                                Deputy Clerk

DC 10 - Habeas Corpus