UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILFRED HART,<br>Plaintiff, | :<br>:<br>:<br>: | CIVIL ACTION NO.<br>3:01-cv-~~2044~~(JCH)<br>2330(JCH) |
| v. | : | |
| OMPRAKASH PILLAI,<br>Defendant. | :<br>:<br>: | MARCH 8, 2006 |

### VERDICT FORM

1. Has Mr. Hart proven his Section 1983 claim that Dr. Pillai violated his rights under the Eighth Amendment to the United States Constitution by exhibiting deliberate indifference to his serious medical needs?

    Yes_____    No___✓___

    If you answered "no" to Question 1, please skip ahead to the end of this form and have the foreperson sign and date the form.

    If you answered "yes" to Question 1, please proceed to Question 2.

2. On which one or both did you base your answer to Question 1:

    (a)    Any actions or failures to act on the part of Dr. Pillai that occurred before August 11, 2000? _____

    (b)    Any actions or failures to act on the part of Dr. Pillai that occurred after August 11, 2000? _____

    Please proceed to Question 3.

1

3. What amount of damages, if any, has Mr. Hart proven was proximately caused by:

> Answer Question 3(a) only if you answered "yes" to Question 2(a):
>
> (a) Any actions or failures to act on the part of Dr. Pillai that occurred before August 11, 2000?
>
> $_____
>
> Answer Question 3(b) only if you answered "yes" to Question 2(b):
>
> (b) Any actions or failures to act on the part of Dr. Pillai that occurred after August 11, 2000?
>
> $_____

If you answered each of Question 3(a) and 3(b) with an amount greater than zero, please proceed to Question 4.

Otherwise, skip to Question 5.

4. Are the damages you awarded in Question 3(a) duplicative of the damages you awarded in Question 3(b)?

> Yes in whole_____
>
> Yes in part (Please write amount that is duplicative.) $_____
>
> No_____

Please proceed to Question 5.

5. What amount of punitive damages, if any, do you award against Dr. Pillai?

> $_____

## CONCLUSION

You have now completed the verdict form. Please have your foreperson date and sign this verdict form.

_3/8/06_
Date

_[signature]_
Jury Foreperson