# United States District Court

DISTRICT OF __CONNECTICUT__

HART
v.
PILLAI

## EXHIBIT AND WITNESS LIST

CASE NUMBER: 3:01CV2330SCH

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| HALL | J. MERLY | N. PARRILLE, WITTENBRINK |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 3-7 | FIDANZA | BOROSKEY |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 ✓ | | 3-7-06 | | ✓ | clinical record 8-3-00 |
| 2 ✓ | | " | | ✓ | interagency patient referral 8-9-00 |
| 3 ✓ | | " | | ✓ | inmate medical file 3-18-95 |
| 4 ✓ | | " | | ✓ | health consultation 8-1-00 |
| 5 ✓ | | 3-7-06 | | ✓ | medical incident report - 8-23-99 |
| ✓ | | " | | | Wilfred Hart - Somers (incarcerated) |
| 6 | ✓ | 3-7-06 | ✓ | | Hart's rap sheet |
| | ✓ | 3-7-06 | | | Dr. Omprakash Pillai - Com. Med. center 263 Farmington Ave CT |
| | ✓ | 3-7-06 | | | Dr. Monica Farinella 201 W. Main St, Meriden, CT |
| | ✓ | 3-8-06 | | | Dr. Edward Blanchette 24 Wolcott Hill Rd, Wethersfield CT |

EXP

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ___ Pages