FILED

UNITED STATES DISTRICT COURT

2006 MAR -9  A 11: 59

DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
BRIDGEPORT, CONN

WILFRED L. HART                                    :        CASE NO. 3:01CV2330(JCH)
                                                   :
V.                                                 :
                                                   :
OMPRAKASH PILLAI, M.D.                             :        MARCH 6, 2006

## THE DEFENDANT'S LIST OF EXHIBITS

*all full · 3-7-06*

*full* 501.   Clinical Record of Wilfred Hart from October 15, 1997 to April 11, 2001 (38 pages).

*full* 502.   Physicians Orders for Wilfred Hart from June 11, 1997 to December 5, 2001 (16 pages).

*full* 503.   Medical Administration Records for Wilfred Hart (19 pages).

*full* 504.   Test Results for Wilfred Hart (23 pages).

*full* 505.   Utilization Review Requests and Orders for Wilfred Hart (16 pages).

*full* 506.   Test Reports and Results for Wilfred Hart (14 pages).

*full* 507.   Documents Concerning Surgery Performed on Wilfred Hart in November 2000 (12 pages).

*full* 508.   Documents Concerning Hospital Admissions of Wilfred Hart on August 23, 1999 and August 9, 2000 (5 pages).

*ID 509*

DEFENDANT
Omprakash Pillai

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _Neil Parille_____

Neil Parille
Assistant Attorney General
Federal Bar No. #Ct.15278
110 Sherman Street
Hartford, CT 06105
Tel.: (860) 808-5450
Fax: (860) 808-5593
Neil.Parille@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid,

on the 21st day of February 2006 to:

Joseph Merly, Esq.
Law Offices of John Williams
51 Elm Street
New Haven, CT 06510

_Neil Parille_____

Neil Parille
Assistant Attorney General