AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF CONNECTICUT

HART
v.
PILLAI

~~EXHIBIT AND WITNESS LIST~~
COURT EXHIBIT LIST

CASE NUMBER: 3:01CV2330JCH

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| HALL | J. MERLEY | WITTENBRINK, PARRILLE |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 3/7, 3/8 | FIDANZA | BOROSKEY |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 3-8-07 |  |  | NOTE FROM JURY |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ___ Pages