UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

WILFRED L. HART

v.                                                          3:01cv2330 JCH

OMPRAKASH PILLAI, M.D.

## JUDGMENT

This matter came on for trial before a jury and the Honorable Janet C. Hall, United States District Judge. On March 8, 2006, after deliberation, the jury returned a verdict in favor of the defendant Omprakash Pillai, M.D.

Therefore, it is hereby ORDERED and ADJUDGED that judgment is entered for the defendant against the plaintiff and that case is closed.

Dated at Bridgeport, Connecticut, this 13th day of March, 2006.

KEVIN F. ROWE, Clerk

By      /s/Chrystine W. Cody
         Deputy-in-Charge

Entered on Docket _____